UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF COLORADO

In re:  
Debtor(s):  Pavel N. Kayrevich, Tamara Afanasyevna Kayrevich

Case No. 12-11172-MER  
Chapter 7

Movant: Aurora Bank FSB,  
vs.  
Respondents: Pavel N. Kayrevich, Tamara Afanasyevna Kayrevich, Bankruptcy Trustee.

MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)

On February 8, 2012, Aurora Bank FSB filed a motion pursuant to L.B.R 4001-1 entitled Verified Motion for Relief from Stay, (Docket No. 12). Movant hereby certifies and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court, as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion/application was scheduled for March 7, 2012 at 9:30 am.

3. No objections to or requests for hearing on the motion were received by the undersigned of filed with the court or, if filed, were withdrawn.

WHEREFORE, Aurora Bank FSB prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 12), granting the requested relief.

_____  
Toni M. N. Dale #30580  
Holly L. Decker #32647  
2 Inverness Drive East, Suite 105  
Englewood, CO 80112  
Ph#720-493-4600  
File# 11-8682

Dated: March 7, 2012

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated:_____    By: _____  
                                      Deputy Clerk