**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-11172 MER |
| PAVEL N. KAYREVICH | ) |
| TAMARA KAYREVICH | ) Chapter 7 |
| | ) |
| Debtors. | ) |

**ORDER REOPENING BANKRUPTCY CASE**

THIS MATTER comes before the Court on the Debtors' request to reopen the within bankruptcy proceeding. It appears to the Court that good cause exists to reopen the case. Therefore, it is

ORDERED, that, pursuant to 11 U.S.C. 350(b), the bankruptcy case is hereby reopened.

Dated April 22, 2014      BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge