United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 12-11172-MER
Pavel N Kayrevich                                               Chapter 7
Tamara Afanasyevna Kayrevich
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: smiths           Page 1 of 1           Date Rcvd: Apr 22, 2014
                              Form ID: pdf904        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
```
db/db       +Pavel N Kayrevich,    Tamara Afanasyevna Kayrevich,    11499 Ironton St,    Henderson, CO 80640-7682
14018566    +Bellco Credit Union,    P.O. Box 31279,    Tampa, FL 33631-3279
14018567    +CitiMortgage,    P.O. Box 689196,    Des Moines, IA 50368-9196
14018570    +Dish Network,    P.O. Box 105169,    Atlanta, GA 30348-5169
14018571    +Farrell & Seldin,    Attorneys At Law,    7807 E. Peakview Ave Ste 410,    Centennial, CO 80111-6849
14018575    +HSBC Card Services,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14018573    +HSBC Card Services,    P.O. Box 60107,    City Of Industry, CA 91716-0107
14018574    +HSBC Card Services,    P.O. Box 60148,    City Of Industry, CA 91716-0148
14018572    +Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
14018578    +Northland Group Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14018579    +Partner Colorado Credit Union,    P.O. Box 1346,    Arvada, CO 80001-1346
14018580   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    P.O. Box 60114,
              Cuty Of Industry, CA  91716)
14018581    +Wells Fargo Bank NA,    P.O. Box 30086,    Los Angeles, CA 90030-0086
14018582    +Wells Fargo Credit Card,    P.O. Box 9210,    Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14018564    +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 22 2014 23:31:20     Alliance One,
              4850 Street Rd. Ste 300,    Trevose, PA 19053-6643
14018565    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 22 2014 23:31:18     Aurora Loan Services,
              10350 Park Meadows Dr Ste 500,    Littleton, CO 80124-6800
14018569    +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 23:49:57     Dillard's,   P.O.Box 960012,
              Orlando, FL 32896-0012
14018571    +E-mail/Text: bknotice@farrellseldin.com Apr 22 2014 23:32:39     Farrell & Seldin,
              Attorneys At Law,    7807 E. Peakview Ave Ste 410,    Centennial, CO 80111-6849
14018576    +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 23:49:56     JCPenney,    P.O. Box 960090,
              Orlando, FL 32896-0090
14018577    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 22 2014 23:31:25     Kohl's,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14018568   ##+Dale & Decker LLC,    2 Inverness Dr. East Ste.105,    Englewood, CO 80112-5508
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
```
              Holly L. Decker    on behalf of Creditor    Aurora Bank, FSB bankruptcy@medvedlaw.com
              Patti H Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Timur  Kishinevsky    on behalf of Debtor Tamara Afanasyevna Kayrevich tkishlaw@aol.com,
               alla_shemetova@yahoo.com
              Timur  Kishinevsky    on behalf of Debtor Pavel N Kayrevich tkishlaw@aol.com,
               alla_shemetova@yahoo.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-11172 MER |
| PAVEL N. KAYREVICH ) | |
| TAMARA KAYREVICH ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER REOPENING BANKRUPTCY CASE**

THIS MATTER comes before the Court on the Debtors' request to reopen the within bankruptcy proceeding.  It appears to the Court that good cause exists to reopen the case.  Therefore, it is

ORDERED, that, pursuant to 11 U.S.C. 350(b), the bankruptcy case is hereby reopened.

Dated April 22, 2014                BY THE COURT:

_____
Michael E. Romero
United States Bankruptcy Judge