**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-11172 MER |
| PAVEL N. KAYREVICH ) | |
| TAMARA A. KAYREVICH ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER FOR RESPONSE**

TO:   Aurora Bank, FSB

THIS MATTER comes before the Court upon the filing of *Debtors' Declaration in Support of Bankruptcy Court's Protection* (the "Motion") which contains allegations which seem to state that the actions of Aurora Bank, FSB are in violation of the injunction against commencement or continuation of an action against the Debtor in the above-described case, as described in 11 U.S.C. § 524(a)(1). Accordingly,

IT IS ORDERED that on or before **May 27 2014,** Creditor shall file a response to this order, setting forth cause, if any exists, any response it may have to the allegations found in the Motion.

The Court will schedule a hearing on this matter by separate Order if necessary.

Dated May 6, 2014                                     BY THE COURT:

                                                                  Michael E. Romero
                                                                  United States Bankruptcy Judge