UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 7
Case No. 12-11172-MER

PAVEL N KAYREVICH and TAMARA AFANASYEVNA KAYREVICH, **Debtor,**

Nationstar Mortgage LLC, Successors, Assigns, Servicers, Investors and Trustees, **Creditor.**

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that Nationstar Mortgage LLC, successors, assigns, servicers, investors and trustees, hereinafter ("*Creditor*") appears herein by its counsel, Aronowitz & Mecklenburg, LLP, and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following: **Aronowitz & Mecklenburg, LLP, Attn: Bankruptcy Correspondence, 1199 Bannock Street, Denver, Colorado 80204 or by electronic transmission to email address bk@amlawco.com.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

DATED: 5/28/14

ARONOWITZ & MECKLENBURG, LLP

Stacey L. Aronowitz, No. 36290
Monica Kadrmas, No. 34904
Catherine A. Hildreth, No. 40975
Lauren E. Tew, No. 45041
1199 Bannock Street
Denver, Colorado 80204
Telephone: (303) 813-1177
Telecopier: (303) 813-1107
Email Address: bk@amlawco.com

E-FILED ORIGINAL

Document to be
retained in file of
Aronowitz &
Mecklenburg, LLP

## Certificate of Service

I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on _May 28, 2014_, to the following:

Timur Kishinevsky
2821 S. Parker Rd. Ste. 645
Aurora, CO 80014

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Pavel N Kayrevich
Tamara Afanasyevna Kayrevich
11499 Ironton St
Henderson, CO 80640

_Stefanie Jefferis_