# Exhibit A

## SPECIAL WARRANTY DEED ①

THIS DEED, Made effective as of the 18TH DAY OF APRIL, 2005, between MELODY HOMES, INC., A DELAWARE CORPORATION DBA D.R. HORTON – MELODY SERIES, a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, Grantor, and PAVEL KAYREVICH AND TAMARA KAYREVICH, as JOINT TENANTS WITH RIGHT OF SURVIVORSHIP whose legal address is

*Oleg Kayrevich*

11499 IRONTON STREET, HENDERSON, CO. 80640
of the County of ADAMS and State of Colorado Grantee(s):



20050425000433550 Adams Co 1/1
04/25/2005 01:25:14PM $26.61
Carol Snyder,Clerk $6 00

EFILED Document – District Court
CO Adams DATE FILED: May 7, 2012 1:27 PM
2011CV1789 CASE NUMBER: 2011CV1789
Filing State Documentary Fee ID:
Transaction ID: 44098222-05
Date

$ 26.61

WITNESS, that the Grantor, for and in consideration of the sum of $266,100.30 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the Grantee(s) their heirs, successors and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the County of ADAMS and State of Colorado, described as follows:

LOT 16, BLOCK 9, RIVER RUN SUBDIVISION FILING NO. 4, COUNTY OF ADAMS, STATE OF COLORADO

also known by street and number as:      11499 IRONTON STREET, HENDERSON, CO. 80640

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title interest, claim and demand whatsoever of the Grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

TO HAVE AND TO HOLD the said premises above bargained and described with the appurtenances, unto the Grantee(s), their heirs, successors and assigns forever The Grantor, for itself, its successors and assigns does covenant and agree that it shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the Grantee(s), their heirs, successors and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor, but not otherwise, SUBJECT TO GENERAL TAXES FOR THE   TAX YEAR OF THIS CONVEYANCE; AND EASEMENTS, RESERVATIONS, RESTRICTIONS, COVENANTS AND RIGHTS OF WAY OF RECORD, IF ANY; AND DISTRIBUTION UTILITY EASEMENTS; AND MATTERS NOT SHOWN BY THE PUBLIC RECORDS BUT OF WHICH GRANTEE HAS ACTUAL KNOWLEDGE; AND INCLUSION OF THE PROPERTY WITHIN ANY SPECIAL TAXING DISTRICT; AND THE BENEFITS AND BURDENS OF ANY DECLARATION AND PARTY WALL AGREEMENTS, IF ANY.

IN WITNESS WHEREOF, the Grantor has caused its corporate name to be hereunto subscribed by its Division President and its corporate seal to be hereunto affixed, attested by its Assistant Secretary, the day and year first above written

Attest                                                                                      MELODY HOMES, INC , A DELAWARE CORPORATION
                                                                                                DBA D.R.HORTON – MELODY SERIES

_____                                              _____
Assistant Secretary                                                                David L. Oyler                          Division President

STATE OF COLORADO)
                                   )ss.
County of Jefferson )

The foregoing instrument was acknowledged before me this 18TH DAY OF APRIL, 2005,, by David L. Oyler as Division President of MELODY HOMES, INC., A DELAWARE CORPORATION, DBA D.R HORTON · MELODY SERIES

Witness my hand and official seal.
My commission expires:

_____                                     *Margaret Myers*
                                                                                    Notary Public

                                                                                    My Commission Expires 01/20/2009

_____
Name and Address of Person Creating Newly Created Legal Description (§38-35-106 5, C R S.)

LAND TITLE
7009 6697