# Exhibit D

RECEPTION#: 2011000065883, 10/11/2011 at 09:26:36 AM, 1 OF 5,   TD Pgs: 0 Doc
Type:AG Karen Long, Adams County, CO Recorded As Received

1442532
LHØ75Z



After Recording Return To:
Aurora Loan Services LLC
Attn Final Documents
2617 College Park
Scottsbluff, Nebraska 69361

Prepared By:
RUTH RUHL, P.C.
2305 Ridge Road, Suite 106
Rockwall, TX 75087

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No. REDACTED
MERS No. REDACTED                                      MERS Phone: 1-888-679-6377

# LOAN MODIFICATION AGREEMENT

This Loan Modification Agreement ("Agreement"), is made   January 24th, 2011   , between
Tamara Kayrevich
                                                                          ("Borrower") and
Aurora Loan Services LLC
                                                                          ("Lender"),
and Mortgage Electronic Registration Systems, Inc.                        ("Mortgagee"),
amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") dated
September 14th, 2006, granted or assigned to Mortgage Electronic Registration Systems, Inc as mortgagee of
record (solely as nominee for Lender and Lender's successors and assigns), P.O. Box 2026, Flint, Michigan 48501-
2026 and recorded on N/A ,                , in Book/Liber N/A        , Page N/A          ,
Instrument No. N/A             , Official Records of  Adams          County, Colorado
and (2) the Note made in the amount of U S. $ 232,000.00     , bearing the same date as, and secured by, the
Security Instrument, which covers the real and personal property described in said Security Instrument and defined
therein as the "Property," located at  11499 IRONTON STREET, HENDERSON, Colorado 80640

MULTISTATE LOAN MODIFICATION AGREEMENT-ALS                              Page 1 of 5

7

Loan No 

That real property is described as follows:
LOT 16, BLOCK 9, RIVER RUN SUBDIVISION FILING NO 4, COUNTY OF ADAMS, STATE OF COLORADO.

PARCEL ID NUMBER 172102304028

In consideration of mutual promises and agreements exchanged, the parties hereto agree as follows, notwithstanding anything to the contrary contained in the Note or Security Instrument

1    As of February 1st, 2011    , the amount payable under the Note and the Security Instrument is $ 231,997.85    ("Unpaid Principal Balance"). The Borrower acknowledges that interest has accrued but has not been paid and the Lender has incurred, paid or otherwise advanced taxes, insurance premiums and other expenses necessary to protect or enforce its interest in the Note and the Security Instrument, and that such interest, costs and expenses in the total amount of $ 15,047.99    have been added to the indebtedness under the terms of the Note and Security Instrument and the loan reamortized over 308    months When payments resume on March 1st, 2011    , the New Unpaid principal Balance will be $ 247,045.84

2    The Borrower(s) promise to pay the Unpaid Principal Balance, plus the interest, to the order of the Lender Interest will be charged on the Unpaid Principal Balance at the annual rate of 5.125    % from February 1st, 2011    , and Borrower(s) promise to pay monthly payments of principal and interest in the amount of $ 1,443 58    (this figure does not include tax and insurance amounts) beginning, March 1st, 2011 and on the same day of each month thereafter until the entire amount due and payable under the terms of the Note, Security Instrument and this Agreement are paid in full If on October 1st, 2036    , ("Maturity Date"), Borrower(s) still owe amounts under the Note, Security Instrument or this Agreement, the Borrower(s) shall pay these amounts in full on the Maturity Date

The Borrower will make such payments at Aurora Loan Services, LLC, 10350 Park Meadows Drive, Littleton, Colorado 80124
or at such place as the Lender may require.

3.    If all or any part of the Property or any interest therein is sold or transferred without Lender's prior written consent, the Lender may, at its option, require immediate payment in full of all sums due under the Note, Security Instrument and this Agreement

If Lender exercises this option, the Lender shall give the Borrower(s) notice of acceleration The notice shall provide a period of not less than thirty days from the date the notice is delivered or mailed within which the Borrower(s) must pay all sums due under the Note, Security Instrument and this Agreement If Borrower(s) fail to pay these sums prior to the expiration of this period, the Lender and mortgagee may invoke any remedies permitted by the Note, Security Instrument and /or this Agreement without further notice or demand on the Borrower(s)

MULTISTATE LOAN MODIFICATION AGREEMENT-ALS                                                  Page 2 of 5

RECEPTION#: 2011000065883, 10/11/2011 at 09:26:36 AM, 3 OF 5, Doc Type:AG TD
Pages: 0 Karen Long, Adams

Loan No REDACTED

4. Borrower(s) will also comply with all other covenants, agreements, terms, conditions, and requirements of the Note and Security Instrument, including, without limitation, the Borrower's agreement to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower(s) are obligated to pay under the terms of the Note and Security Instrument, however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph one above.

(a) All terms and provisions of the Note and Security Instrument (if any) providing for or relating to any change or adjustment in the rate of interest payable under the note, and

(b) All terms and provisions of any adjustable rate rider or other instrument or document that is affixed to or wholly or partially incorporated into, or is a part of, the Note or Security Instrument and that contains any such terms or provision as those referred to in (a) above.

5 Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and/or Security Instrument. Except as expressly provided in this Agreement, the Note and Security Instrument will remain unchanged and the Borrower, Lender and mortgagee will be bound by, and comply with, all of the terms and provisions of the instruments, as amended by this Agreement.

_Tamara Kayrevich 1/27/11_ _____(Seal)
Tamara Kayrevich    —Borrower                              —Borrower

_____(Seal)    _____(Seal)
                —Borrower                              —Borrower

MULTISTATE LOAN MODIFICATION AGREEMENT-ALS                Page 3 of 5

Loan No REDACTED

## BORROWER ACKNOWLEDGMENT

State of Colorado §
County of Adams §

On this 27th day of Jan, 2011, before me, Karen A. Yates [name of notary], a Notary Public in and for said state, personally appeared Tamara Kayrevich [name of person acknowledged], known to me to be the person who executed the within instrument, and acknowledged to me that he/she/they executed the same for the purpose therein stated.

(Seal)



My Commission Expires
FEBRUARY 19, 2014

Karen A. Yates — Notary Signature
KAREN A. Yates — Type or Print Name of Notary
Notary Public, State of Colorado
My Commission Expires: 2/19/14

ACKNOWLEDGMENT (MULTISTATE)                                       Page 4 of 5

REDACTED

_____02/01/2011_____  _____02/01/2011_____
　　　　　　　　-Date　　　　　　　　　　　　　　-Date

Aurora Loan Services LLC　　　　　Mortgage Electronic Registration Systems, Inc.
　　　　　　　　　-Lender　　　　　　　　　　　　　-Mortgagee

By: *Pamela J. Pedersen*　　　　By: *Jan Walsh*
Printed/Typed Name: Pamela J. Pedersen　　Printed/Typed Name: Jan Walsh

Its: Vice President　　　　　　　Its: Assistant Secretary

(Corporate Seal, if applicable)　　　(Corporate Seal, if applicable)

## LENDER/MORTGAGEE ACKNOWLEDGEMENT

STATE OF NEBRASKA} }

COUNTY OF SCOTTS BLUFF} }

On ___02/01/2011___, before me, Sandra J. Hanson, a Notary Public in and for said state, personally appeared Pamela J. Pedersen, Vice President of Aurora Loan Services LLC, Lender, and Jan Walsh, Assistant Secretary of Mortgage Electronic Registration Systems, Inc., personally known to me to be the person(s) who executed the within instrument on behalf of said entity, and acknowledged to me that he/she/they executed the same for the purpose therein stated

　　　　　　　　　　　　　　*Sandra J. Hanson*
　　　　　　　　　　　　　　Notary Signature

(Seal)

　　GENERAL NOTARY - State of Nebraska
　　　　　SANDRA J. HANSON
　　　　My Comm Exp. Feb 23, 2013

　　　　　　　　　　　　Sandra J. Hanson
　　　　　　　　　　　　Type or Print Name of Notary

　　　　　　　　　　　　Notary Public, State of Nebraska

　　　　　　　　　　　　My Commission Expires: Feb 23, 2013

ACKNOWLEDGMENT (MULTISTATE)