# Exhibit G



| ISSUED | Court-Issued Document. For questions, contact Adams County Court at 303-654-3335 or Adams County District Court at 303-654-3237. | *Eloise Cohen* <br> Eloise Cohen <br> Adams County Clerk of Court <br> Dated: Jan 25, 2012 |
|---|---|---|

EFILED Document – District Court
CO Adams County District Court 17th JD
Filing Date: Jan 25 2012 9:05AM MST
Transaction ID: 42114944

| DISTRICT COURT, ADAMS COUNTY, COLORADO <br><br> Court Address: Adams County Justice Center <br> 1100 Judicial Center Drive <br> Brighton, CO 80601 | ▲ COURT USE ONLY ▲ |
|---|---|
| **Plaintiff(s):** AURORA BANK FSB <br><br> v. <br><br> **Defendant(s):** OLEG KAYREVICH, PAVEL KAYREVICH and TAMARA KAYREVICH, CITIBANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CAROL SNYDER as Public Trustee of Adams County, Colorado | Case No.: 2011cv1789 <br><br> Div: A    Ctrm: |
| **CLERK'S ENTRY OF DEFAULT UNDER C.R.C.P. 55(a)** ||

THIS MATTER comes before the Clerk of the District Court of Adams County, Colorado on the Motion for Entry of Default Under C.R.C.P. 55(a) filed by Plaintiff.

The Clerk being fully advised in the premises finds that Defendants Oleg Kayrevich, Pavel Kayrevich, Tamara Kayrevich and Mortgage Electronic Registration Systems, Inc. were properly served with the Summons, Complaint and Civil Cover Sheet in this action on December 22, 2011, and that said Defendants have failed to plead or otherwise defend as provided by the Colorado Rules of Civil Procedure. Pursuant to C.R.C.P. 55(a), the Clerk hereby enters default against Defendants Oleg Kayrevich, Pavel Kayrevich, Tamara Kayrevich and Mortgage Electronic Registration Systems, Inc. in this action.

Dated this _____ day of _____, 2012.

                                       CLERK OF THE DISTRICT COURT OF ADAMS
                                       COUNTY, COLORADO

                                       By:_____
                                              Deputy Clerk

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Adams County District Court 17th JD |
| **File & Serve Transaction ID:** | 42095818 |
| **Current Date:** | Jan 25, 2012 |
| **Case Number:** | 2011CV1789 |
| **Case Name:** | AURORA BANK FSB vs. KAYREVICH, OLEG et al |

/s/ Judge Eloise Cohen