# Exhibit H

# Register of Actions

| | | |
|---|---|---|
| ☐ Filed by Plaintiff/Petitioner | Case Number: 2011CV001789 | Division: A |
| ☐ Filed by Defendant/Respondent | Case Type: Foreclosure Other than Rule 120 | Judicial Officer: Edward Charles Moss |
| ☐ Filed by Court | Case Caption: Aurora Bank Fsb V. Kayrevich, Oleg Et Al | Court Location: Adams County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 04/25/2013 12:00 AM | Party Suppressed | N/A | Party Suppressed | Filing Other | SHERIFFS CONFIRMATION DEED | Public |
| N/A (Details) | 03/28/2013 5:01 PM | Edward Charles Moss | Adams County | N/A | Order (Related Event) | Order approving sheriffs sale re sale no 12-7747 | Public |
| N/A | 03/28/2013 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 03/20/2013 12:00 AM | Party Suppressed | N/A | Party Suppressed | Report (Related Event) | Report and return of sheriff re sale 12-7747 | Public |
| N/A (Details) | 03/20/2013 12:00 AM | Party Suppressed | N/A | Party Suppressed | Proposed Order (Related Event) | Proposed Order approving sheriffs sale re sale no 12-7747 | Public |
| N/A | 11/02/2012 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 10/30/2012 5:36 PM | Edward Charles Moss | Adams County | N/A | Order | Granted w/ Comments (Order Granting Summary Judgment and Decree of Foreclosure) | Public |
| N/A | 10/30/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 10/30/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 10/08/2012 6:17 PM | N/A | N/A | Aurora Bank Fsb | Motion for Summary Judgment | Plaintiff's Motion for Summary Judgment on Equitable Subrogation | Public |
| N/A (Details) | 10/08/2012 6:17 PM | N/A | N/A | Aurora Bank Fsb | Brief | Plaintiff's Brief in Support of Motion for Summary Judgment | Public |
| N/A (Details) | 10/08/2012 6:17 PM | N/A | N/A | Aurora Bank Fsb | Proposed Order | Order Granting Summary Judgment and Decree of Foreclosure | Public |
| N/A (Details) | 10/08/2012 6:17 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibit 1 to Plaintiff's Brief in Support of Motion for Summary Judgment | Public |
| N/A (Details) | 09/28/2012 7:01 PM | Edward Charles Moss | Adams County | N/A | Order | Granted in Part (Second Amended Verified Motion for Entry of Default Judgment) | Public |
| N/A | 09/28/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Motion for Default Judgment | Second Amended Verified Motion for Entry of Default Judgment | Public |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Affidavit | Second Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Proposed Order | Order and Decree of Foreclosure | Public |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 1 - 3 to Second Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 4 - 7 to Second Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 08/08/2012 12:39 AM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 8 and 9 to Second Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 08/02/2012 3:49 PM | Edward Charles Moss | Adams County | N/A | Order | Denied - Defective (Amended Verified Motion for Entry of Default Judgment) | Public |
| N/A | 08/02/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Motion for Default Judgment | Amended Verified Motion for Entry of Default Judgment | Public |
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Affidavit | Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Proposed Order | Amended Proposed Order and Decree of Foreclosure | Public |
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 1 through 3 to Amended Affidavit of Plaintiff | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 4 through 7 to Amended Affidavit of Plaintiff | Public |
| N/A (Details) | 07/24/2012 6:08 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 8 and 9 to Amended Affidavit of Plaintiff | Public |
| N/A | 07/02/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 06/30/2012 11:40 PM | Edward Charles Moss | Adams County | N/A | Order | Granted with Amendments (Motion for Enlargement of Time) | Public |
| N/A (Details) | 06/28/2012 12:37 AM | N/A | N/A | Aurora Bank Fsb | Motion | Motion for Enlargement of Time | Public |
| N/A (Details) | 06/28/2012 12:37 AM | N/A | N/A | Aurora Bank Fsb | Proposed Order | Order for enlargement of time | Public |
| N/A (Details) | 05/29/2012 5:50 PM | Edward Charles Moss | Adams County | N/A | Order | Denied - Defective (Verified Motion for Entry of Default Judgment) | Public |
| N/A | 05/29/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Motion for Default Judgment | Verified Motion for Entry of Default Judgment | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 1 and 2 to Affidavit of Title Examiner | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Affidavit | Affidavit of Title Examiner | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Proposed Order | Order and Decree of Foreclosure | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Affidavit | Affidavit of Plaintiff | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 1 through 3 to Affidavit of Plaintiff | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 4 through 7 to Affidavit of Plaintiff | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 8 and 9 to Affidavit of Plaintiff | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 3 through 5 to Affidavit of Title Examiner | Public |
| N/A (Details) | 05/07/2012 1:27 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibits 6 through 8 to Affidavit of Title Examiner | Public |
| N/A (Details) | 04/27/2012 4:12 PM | Edward Charles Moss | Adams County | N/A | Order | Granted with Amendments (proposed order re: Motion for Enlargement of Time) | Public |
| N/A | 04/27/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 04/20/2012 6:30 PM | N/A | N/A | Aurora Bank Fsb | Motion | Motion for Enlargement of Time | Public |
| N/A (Details) | 04/20/2012 6:30 PM | N/A | N/A | Aurora Bank Fsb | Proposed Order | proposed order re: Motion for Enlargement of Time | Public |
| N/A (Details) | 04/02/2012 3:34 PM | N/A | N/A | Aurora Bank Fsb | Report | Bankruptcy Status Report | Public |
| N/A (Details) | 04/02/2012 3:34 PM | N/A | N/A | Aurora Bank Fsb | Filing Other | Exhibit A to Bankruptcy Status Report | Public |
| N/A (Details) | 03/19/2012 5:00 PM | Edward Charles Moss | Adams County | N/A | Order | Delay Prevention Order | Public |
| N/A | 03/19/2012 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 02/08/2012 5:36 PM | Edward Charles Moss | Adams County | N/A | Order | Order to File Bankruptcy Status Reports | Public |
| N/A | 02/08/2012 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 02/07/2012 1:04 PM | N/A | N/A | Aurora Bank Fsb | Notice | Notice of Bankruptcy | Public |
| N/A (Details) | 02/01/2012 1:56 PM | Edward Charles Moss | Adams County | N/A | Order | Issued (proposed Clerk's Entry of Default Under C.R.C.P.) | Public |
| N/A (Details) | 02/01/2012 12:01 AM | N/A | N/A | Aurora Bank Fsb | Motion | Motion for Entry of Default Under C.R.C.P. 55(a) | Public |
| N/A (Details) | 02/01/2012 12:01 AM | N/A | N/A | Aurora Bank Fsb | Proposed Order | proposed Clerk's Entry of Default Under C.R.C.P. | Public |
| N/A (Details) | 01/31/2012 10:24 AM | Edward Charles Moss | Adams County | N/A | Order | Delay Prevention Order | Public |
| N/A | 01/31/2012 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 01/25/2012 11:05 AM | Edward Charles Moss | Adams County | N/A | Order | Issued (proposed Clerk's Entry of Default Under C.R.C.P. 55(a)) | Public |
| N/A (Details) | 01/24/2012 3:24 PM | N/A | N/A | Adco Public Trustee | Answer | ADAMS COUNTY PUBLIC TRUSTEE'S ANSWER | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 01/24/2012 1:32 PM | N/A | N/A | Aurora Bank Fsb | Motion | Motion for Entry of Default Under C.R.C.P. 55(a) | Public |
| N/A (Details) | 01/24/2012 1:32 PM | N/A | N/A | Aurora Bank Fsb | Proposed Order | proposed Clerk's Entry of Default Under C.R.C.P. 55(a) | Public |
| N/A (Details) | 01/19/2012 6:14 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | Affidavit of Service - Public Trustee Service of Summons, Complaint and Civil Cover Sheet upon Defendant Carol Snyder, Public Trustee of Adams County, Colorado by leaving same with Debbie Waltemath, Deputy, on January 10, 2012 | Public |
| N/A (Details) | 12/28/2011 4:49 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | RS def Tamara Kayrevich srvd Summons, Complaint and Civil Cover Sheet by sub on December 22, 2011 | Public |
| N/A (Details) | 12/28/2011 4:49 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | RS def Pavel Kayrevich srvd Summons, Complaint and Civil Cover Sheet by sub on December 22, 2011 | Public |
| N/A (Details) | 12/28/2011 4:49 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | RS def Oleg Kayrevich srvd Summons, Complaint and Civil Cover Sheet by sub on December 22, 2011 | Public |
| N/A (Details) | 12/28/2011 4:49 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | RS def CitiBank NA srvd Summons, Complaint and Civil Cover Sheet by sub on December 21, 2011 | Public |
| N/A (Details) | 12/28/2011 4:49 PM | N/A | N/A | Aurora Bank Fsb | Return of Service | RS def Mortgage Electronic Registration Systems Inc srvd Summons, Complaint and Civil Cover Sheet on December 22, 2011 | Public |
| N/A (Details) | 12/16/2011 5:35 PM | N/A | N/A | Aurora Bank Fsb | Complaint | Complaint | Public |
| N/A (Details) | 12/16/2011 5:35 PM | N/A | N/A | Aurora Bank Fsb | Summons | Summons w no ros | Public |
| N/A (Details) | 12/16/2011 5:35 PM | N/A | N/A | Aurora Bank Fsb | Civil Case Cover Sheet | 16.1 does not apply | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Adco Public Trustee | Defendant | | Jennifer Wascak |
| Aurora Bank Fsb | Plaintiff | | Fred Gabler |
| Citibank Na | Defendant | Defaulted | N/A |
| Mtg Electronic Registration Syst Inc | Defendant | Defaulted | N/A |
| Oleg Kayrevich | Defendant | Defaulted | N/A |
| Party Suppressed | Other Interested Party | | N/A |
| Pavel Kayrevich | Defendant | Bankruptcy Notice Filed | N/A |
| Tamara Kayrevich | Defendant | Bankruptcy Notice Filed | N/A |

## Final Judgments

| Judgment Date | Judicial Officer | Judgment Type | Status | Creditor(s) | Debtor(s) | Date Entered | Fee Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/28/2012 | Edward Charles Moss | Default Judgment | UNSATISFIED | Aurora Bank Fsb | Pavel Kayrevich, Tamara Kayrevich | 09/28/2012 | PRINCIPAL | $232000.00 |
| | | | | | | 01/01/1800 | COURT COSTS | $0.00 |
| | | | | | | 01/01/1800 | ATTORNEY FEES | $0.00 |
| | | | | | | 09/28/2012 | INTEREST | $9182.77 |
| | | | | | | | Total | $241182.77 |