# Exhibit I

EFILED Document—District Court
CO Adams County District Court 17th JD
2011CV1789 CASE NUMBER: 2011CV1789
Filing Date: May 7 2012 11:27AM MDT
Transaction ID: 44098222

| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br><br>Court Address: Adams County Justice Center<br>1100 Judicial Center Drive<br>Brighton, CO 80601 | |
| Plaintiff(s): AURORA BANK FSB<br><br>v.<br><br>Defendant(s): OLEG KAYREVICH, PAVEL KAYREVICH and TAMARA KAYREVICH, CITIBANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CAROL SNYDER as Public Trustee of Adams County, Colorado | ▲COURT USE ONLY▲<br><br>Case No.: 2011cv1789<br><br>Div: A    Ctrm: |
| Attorney for Plaintiff<br>Name:     Karsh Fulton Gabler Joseph PC<br>              Fred Gabler<br>              Alan E. Karsh<br>Address:  950 So. Cherry St., Suite 710<br>              Denver, Colorado 80246-2665<br>Phone #:  303.759.9669<br>E-mail:    fgabler@karshfulton.com<br>              akarsh@karshfulton.com<br>Atty Reg. #: 8978<br>Atty Reg. #: 1620 | |

### VERIFIED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Aurora Bank FSB, by and through its attorneys, Karsh Fulton Gabler Joseph PC, submits the following Verified Motion for Entry of Default Judgment:

1. Plaintiff filed the Complaint in this action for purposes of resolving certain claims against title to the subject real property located at 11499 Ironton Street, Henderson, Colorado 80640.

2. Defendants Pavel Kayrevich and Tamara Kayrevich filed a Chapter 7 Voluntary Petition in Bankruptcy on January 24, 2012. On March 12, 2012, Plaintiff obtained an Order Granting a Relief from Stay in the Kayrevich bankruptcy.

8858 472 verified mtn - entry of default
May 7, 2012 10:06 AM

3. On January 25, 2012, a Clerk's Entry of Default Under C.R.C.P. 55(a) was entered against Defendants Oleg Kayrevich, Pavel Kayrevich, Tamara Kayrevich and Mortgage Electronic Registration Systems, Inc.

4. On February 1, 2012, a Clerk's Entry of Default was entered against Defendant CitiBank, N.A.

5. Defendant Carol Snyder as Public Trustee of Adams County, Colorado filed an Answer on January 24, 2012 disclaiming any interest in the subject real property and agreeing to abide by any Order of the Court establishing the rights of the parties.

6. Venue is proper because this is an action concerning title to real property located in Adams County, Colorado described as:

> Lot 16, Block 9, River Run Subdivision Filing No. 4
> County of Adams, State of Colorado
>
> Also known as: 11499 Ironton Street, Henderson, Colorado 80640 (the "Property").

7. To the best of Plaintiff's knowledge, information and belief, none of the Defendants are infants, incompetent persons or officers or agencies of the State of Colorado.

8. Plaintiff has conducted a search of the applicable database and determined that Defendants Oleg Kayrevich, Pavel Kayrevich and Tamara Kayrevich are not in the military service.

9. Submitted in support of this Motion are an Affidavit of Plaintiff and an Affidavit of Title Examiner.

10. Plaintiff is not seeking an award of damages against Defendants. Plaintiff is only seeking an Order declaring that:

(a) Plaintiff is equitably subrogated to the lien of a deed of trust against the Property in the amount of $261,998.00 recorded April 25, 2005 at Reception No. 4335650, Adams County, Colorado (the "$261K Deed of Trust").

(b) The following amounts are due and owing under the $261K Deed of Trust as of April 30, 2012:

| | |
|---|---|
| Principal | $256,490.44 |
| Accrued Interest ($75,555.22 less $60,193.21 paid by borrower) | 15,362.01 |
| TOTAL | $271,852.45 |

(c) Interest on the $261K Deed of Trust accrues at a rate of 5.2500% per annum ($36.89 per day) from and after April 30, 2012 until paid.

(d) The $261K Deed of Trust is valid and enforceable against the Property. The $261K Deed of Trust is prior and superior to the interests of all of the Defendants named in this action.

(e) The $261K Deed of Trust may be foreclosed judicially and the Property sold at public sale by the Sheriff of Adams County, Colorado in accordance with Colorado law.

11. The party to whom judgment is to be granted is Plaintiff Aurora Bank FSB.

12. The names of the parties against whom judgment is to be taken are Defendants Oleg Kayrevich, Pavel Kayrevich, Tamara Kayrevich, CitiBank, N.A., Mortgage Electronic Registration Systems, Inc. and Carol Snyder as Public Trustee of Adams County, Colorado.

WHEREFORE, Plaintiff prays for the following relief:

A. For default judgment against Defendants Oleg Kayrevich, Pavel Kayrevich, Tamara Kayrevich, Mortgage Electronic Registration Systems, Inc. and CitiBank, N.A.

B. For the entry of an Order declaring that Plaintiff is equitably subrogated to the $261K Deed of Trust against the Property in the amount of $271,852.45, together with interest at $36.89 per day from and after April 30, 2012.

C. For the entry of an Order declaring that the $261K Deed of Trust is valid and enforceable against the Property; and the $261K Deed of Trust is prior and superior to the interests of all of the Defendants named in this action.

D. For the entry of an Order directing that the $261K Deed of Trust be foreclosed judicially and the Property sold at public sale by the Sheriff of Adams County, Colorado in accordance with Colorado law.

E.  For such other and further relief as the Court deems just and proper.

Dated this 7th day of May, 2012.

Respectfully submitted,

*Original signature on file in the offices of Karsh Fulton Gabler Joseph PC*

s/ Fred Gabler
Fred Gabler, #8978
Alan E. Karsh, #1620

Attorneys for Plaintiff

**Verification**

STATE OF COLORADO       )
                        ) ss.
COUNTY OF DENVER        )

I, Fred Gabler, being first duly sworn upon oath, depose and say that I have read the above and foregoing VERIFIED MOTION FOR ENTRY OF DEFAULT JUDGMENT, that I understand the contents contained therein and the same are true to the best of my knowledge, information and belief.

Fred Gabler

Subscribed and sworn to before me this 7th day of May, 2012 by Fred Gabler.

WITNESS my hand and official seal.

My commission expires: 9/5/14

Notary Public

8858 472 verified mtn - entry of default
May 7 2012 10:06 AM

4

## CERTIFICATE OF SERVICE

I hereby certify that on May __7__, 2012, a true and correct copy of the foregoing VERIFIED MOTION FOR ENTRY OF DEFAULT JUDGMENT and proposed ORDER were served via LexisNexis File & Serve upon the following:

Hal B. Warren, Esq.
Adams County Attorney
Jennifer M. Wascak, Esq.
Deputy County Attorney
Adams County Attorney's Office
4430 South Adams County Parkway
5th Floor, Suite C5000B
Brighton, CO 80601-8206

*Original signature on file in the offices of
Karsh Fulton Gabler Joseph PC*

s/Tina L. Caraballo
Tina L. Caraballo, Legal Assistant