# Exhibit K

RECEPTION# 2013000023768,
03/20/2013 at 03:51:59 PM, 1 OF 8,
TD Pgs: 0 Doc Type:SHCTP
Karen Long, Adams County, CO

RECORDED AS RECEIVED

## SHERIFF'S CERTIFICATE OF PURCHASE

### (Sale No. 12-7747)

I, Douglas N. Darr, Sheriff of Adams County, Colorado, do hereby certify that by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 (the "Order") the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which is being foreclosed in this Sheriff sale proceeding.

I offered for sale on the 7th day of March, 2013, at the hour of 9:00 am o'clock A.M of said day at the office of the Sheriff of Adams County, Colorado, Civil Division located at 332 North 19th Avenue, Brighton, Colorado 80601 at public auction, the property in said Order mentioned after having first duly advertised the sale of said property according to law and according to the terms and provisions of said Order, said property being situate in the County of Adams, State of Colorado, and described as follows, to wit:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640 (the "Property");

and that at said sale **Aurora Bank FSB** bid the sum of Two Hundred Sixty-Five Thousand Eight Hundred Five and 62/100 Dollars ($265,805.62) for the Property, that being the highest and best bid offered, the same was struck off and sold to said bidder for said sum, $265,805.62. and that Unless a redemption is made, **Aurora Bank FSB** or an assignee of the Certificate of Purchase shall be entitled to a confirmation deed for the Property at the end of all redemption periods allowed by law to all subsequent lienors, and other persons entitled to redeem.

Given in duplicate, under my hand this 13th day of March, 2013

Sheriff of Adams County, Colorado

By: _____
Deputy

G:\First_American-8858\Kayrevich-472\sheriff's.sale\certificate.of.
purchase.docx
March 13, 2013 10:20 AM

After Recording Return to
Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO 80601

20131670

STATE OF COLORADO  )
                   )  ss
COUNTY OF ADAMS    )

The foregoing instrument was acknowledged before me this 13th day of March, 2013, by  Larry Medina  as  Deputy  Sheriff of Adams County, Colorado.

Witness my hand and official.

My commission expires:  My Commission expires Jan. 13, 2014

*[Notary seal: KATHY L. GROSSHANS, NOTARY PUBLIC, STATE OF COLORADO]*

_____
Notary Public



| GRANTED WITH COMMENTS | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 14 days from the date of this order. | Edward Moss<br>District Court Judge<br>DATE OF ORDER INDICATED ON ATTACHMENT |
|---|---|---|

DISTRICT COURT, ADAMS COUNTY, COLORADO

Court Address: Adams County Justice Center
1100 Judicial Center Drive
Brighton, CO 80601

▲COURT USE ONLY▲

**Plaintiff(s):** AURORA BANK FSB

v.

**Defendant(s):** OLEG KAYREVICH, PAVEL KAYREVICH and TAMARA KAYREVICH, CITIBANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CAROL SNYDER as Public Trustee of Adams County, Colorado

Case No.: 2011cv1789

Div: A    Ctrm:

Combined Court, Adams County, CO CERTIFIED to be a full, true & correct copy of the original in my custody
DATED NOV 0 1 2012
BY _____ Deputy

**ORDER GRANTING SUMMARY JUDGMENT AND DECREE OF FORECLOSURE**

THIS MATTER COMES before the Court upon the Motion for Summary Judgment and Decree of Foreclosure filed by Plaintiff Aurora Bank FSB. The Court has read and reviewed the Motion, has read and reviewed the documents on file with this Court, and the Court being fully advised in the premises finds as follows:

A. The Defendants named herein have been properly served, and the Court has jurisdiction over the parties and the subject matter of this action.

B. Venue is proper since this action concerns title to real property located in Adams County, Colorado.

C. There is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law.

THE COURT FURTHER FINDS AS FOLLOWS:

D. Defendants Pavel Kayrevich, Tamara Kayrevich and Oleg Kayrevich are the fee owners of the following described real property:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640 (the "Property").

E.  The Property is encumbered by a deed of trust securing a promissory note in the amount of $232,000.00 (the "$232K Note"). Said deed of trust was recorded September 21, 2006 at Reception No. 957210, Adams County, Colorado (the "$232K Deed of Trust").

F.  Proceeds of the $232K Note in the amount of $232,000.00 were used to pay and discharge a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No. 433560, Adams County, Colorado (the "$261K Deed of Trust"). Plaintiff is equitably subrogated to the lien of the $261K Deed of Trust by virtue of said payment.

G.  The interest rate on the loan secured by the $261K Deed of Trust was 5.2500% per annum.

H.  The $261K Deed of Trust was signed by Oleg Kayrevich, Pavel Kayrevich and Tamara Kayrevich, and it encumbered a 100% interest in the Property.

I.  The lien of the $261K Deed of Trust was prior and superior to the interests of Defendants Oleg Kayrevich, Pavel Kayrevich and Tamara Kayrevich.

IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1.  Plaintiff's $232K Deed of Trust is equitably subrogated to the April 25, 2005 priority of the $261K Deed of Trust as a lien against the Property interests of Oleg Kayrevich, Pavel Kayrevich, and Tamara Kayrevich.

2.  The amount of Plaintiff's equitable subrogation lien is calculated as follows:

| | |
|---|---|
| Principal amount paid on the $261K Deed of Trust on 9-19-06 | $232,000.00 |
| Accrued Interest from 9-19-06 to 5-31-12 at 5.25% per annum | 69,375.98 |
| Less payments made by borrowers | [60,193.21] |
| TOTAL | $241,182.77 |

3.  Interest accrues at a rate of 5.2500% per annum ($33.37 per day) from and after May 31, 2012.

4.  The $232K Deed of Trust is a valid and enforceable lien on the 100% interests of Oleg Kayrevich, Pavel Kayrevich and Tamara Kayrevich in the Property in the amount of $241,182.77, together with interest at $33.37 per day from and after May 31, 2012. Said lien has

a priority date of April 25, 2005 and is prior and superior to the interests of all of the Defendants named in this action.

5.  The $232K Deed of Trust may be foreclosed judicially and the Property sold at public sale by the Sheriff of Adams County, Colorado in accordance with Colorado law. The proceeds of said sale shall be applied as follows:

    (a) First, to pay all fees, costs and expenses incurred with the connection of the sale;

    (b) Second, to repay advances for taxes, insurance, etc. after judgment;

    (c) Third, to pay Plaintiff $241,182.77, together with interest at $33.37 per day from and after May 31, 2012 and costs as set forth herein;

    (d) Fourth, to pay the balance remaining, if any, into the Registry of this Court to be applied as the Court shall hereinafter direct.

6.  The proceeds of the foreclosure sale shall also reduce, *pro tanto*, the amount due on the $232K Note.

7.  This Decree shall be a writ of special execution and no levy need be made.

8.  Following the foreclosure sale, the Sheriff shall execute and deliver a certificate of purchase to the highest bidder for cash at the sale and cause a duplicate of such certificate of purchase to be recorded with the Clerk and Recorder of Adams County, Colorado. The Sheriff shall make a report of the sale to this Court as soon as possible thereafter, and, upon expiration of the period of redemption provided by law, execute and deliver a deed conveying the Property to the holder of the certificate of purchase, unless the Property is sooner redeemed.

Dated this _____ day of _____, 2012.

                            BY THE COURT

                            _____
                            District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---|---|
| Court: | CO Adams County District Court 17th JD |
| Judge: | Edward C Moss |
| File & Serve Transaction ID: | 46854521 |
| Current Date: | Oct 30, 2012 |
| Case Number: | 2011CV1789 |
| Case Name: | AURORA BANK FSB vs. KAYREVICH, OLEG et al |

EFILED Document – District Court
CO Adams County District Court 17th JD
2011CV1789
Filing Date: Oct 30 2012 03:36PM MDT
Transaction ID: 47463815

**Court Authorizer Comments:**

Summary judgment granted and decree of foreclosure issued as indicated.

The findings of fact are supplemented by the factual recitation listed in Plaintiff's October 8, 2012 Brief in Support of Motion for Summary Judgment.

No genuine issues of material fact exist and Plaintiff is entitled to summary judgment as a matter of law.

/s/ Judge Moss, Edward C

| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, COLORADO<br><br>Court Address: Adams County Justice Center<br>1100 Judicial Center Drive<br>Brighton, CO 80601 | ▲ COURT USE ONLY ▲ |
| **Plaintiff(s):** AURORA BANK FSB<br><br>v.<br><br>**Defendant(s):** OLEG KAYREVICH, PAVEL KAYREVICH and TAMARA KAYREVICH, CITIBANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CAROL SNYDER as Public Trustee of Adams County, Colorado | Case No.: 2011CV1789<br><br>Div: A     Ctrm: |
| **CERTIFICATE OF MAILING RE:**<br>**COMBINED NOTICE OF SALE, RIGHT TO CURE AND RIGHT TO REDEEM** | |

I, Kathy Grosshans the undersigned, do hereby certify that I have on this 5th day of December, 2012, mailed to the persons on the attached Mailing List, at the addresses shown, U.S. postage prepaid, copies of the foregoing Combined Notice of Sale, Right to Cure and Right to Redeem and attachments thereto, pursuant to §38-38-103, C.R.S.

DATED at Brighton, Colorado this 5th day of ~~November~~ December, 2012.

Douglas N. Darr
Sheriff of Adams County
State of Colorado

By: _Kathy Grosshans_
Deputy Sheriff

G:\First American-8858\Kayrevich-472\sheriff's sale\cert of mailing.docx
November 1, 2012 9:16 AM

7 4 7

## MAILING LIST

## Adams County Sheriff's Sale No. 12-7747

| | |
|---|---|
| Tamara Kayrevich<br>11499 Ironton Street<br>Henderson, CO 80640 | Pavel Kayrevich<br>11499 Ironton Street<br>Henderson, CO 80640 |
| Oleg Kayrevich<br>11499 Ironton Street<br>Henderson, CO 80640 | Occupant(s)<br>11499 Ironton Street<br>Henderson, CO 80640 |
| Lessee(s)/Tenant(s)<br>11499 Ironton Street<br>Henderson, CO 80640 | Citibank, N.A.<br>3900 Paradise Road, Suite 127<br>Las Vegtas, Nevada 89109 |
| Citibank<br>P.O. Box 790017, MS 221<br>St. Louis, MO 63179 | US Recordings, Inc.<br>P.O. Box 19989<br>Louisville, KY 40259 |
| | Fred Gabler, Esq.<br>Karsh Fulton Gabler Joseph PC<br>950 South Cherry Street, Suite 710<br>Denver, CO 80246 |