# Exhibit L

RECEPTION#: 2013000027333, 04/01/2013 at 02:34:35 PM, 1 OF 1, TD Pgs: 0 Doc
Type:AS Karen Long, Adams County, CO Recorded As Received

## Assignment of Sheriff's Certificate of Purchase for Sale No. 12-7747
File # 11-8682

NOTICE IS HEREBY GIVEN: Pursuant to C.R.S. § 38-38-403, that the Certificate of Purchase in the above described sheriff's sale has been assigned or transferred from the below named current holder of the Certificate of Purchase to the below named assignee.

Original Grantor: Oleg Kayrevich, Tamara Kayrevich, Pavel Kayrevich
Original Beneficiary: DHI Mortgage Company
Current Holder of Certificate of Purchase: Aurora Bank FSB
Date of Certificate of Purchase: March 13, 2013
Recording Date of Certificate of Purchase: March 20, 2013
Recording information: 2013000023768
County of Recording: Adams
Assignee: Nationstar Mortgage LLC

The property is described as follows:
Lot 16, Block 9, River Run Subdivision Filing No. 4, County of Adams, State of Colorado
alleged property address: 11499 Ironton Street, Henderson, CO 80640

Dated: April 1, 2013

Aurora Bank FSB,
By its attorneys:

Medved Dale Decker & Deere, LLC
Toni M. N. Dale #30580
Holly L. Decker #32647
355 Union Blvd, Suite 250
Lakewood, CO 80112
Ph#303-274-0155; Fx#303-274-0159
info@medvedlaw.com

State of Colorado            )
                             ) ss
County of Jefferson          )

```
LYNDSAY B SMITH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20054048182
MY COMMISSION EXPIRES DECEMBER 18, 2013
```

SUBSCRIBED AND SWORN before me this 1st day of April, 2013
in the county of Jefferson, State of Colorado.

My commission expires: 12/18/13

Notary Public

Prepared by: Medved Dale Decker & Deere, LLC 355 Union Blvd, Suite 250, Lakewood, Colorado 80228, Phone 303-274-0155; fax 303-274-0159, Email: holly@medvedlaw.com File # 11-8682