# Exhibit M

RECEPTION#: 2013000032428,
04/18/2013 at 09:24:52 AM,1 OF 2,
TD Pgs: 0 Doc Type:SHDD
Karen Long, Adams County, CO

## CONFIRMATION DEED

(Sale No. 12-7747)

**NO DOC FEE REQUIRED**

**RECORDED AS RECEIVED**

THIS DEED is made on April __2nd__, 2013, between Douglas N. Darr as Sheriff of Adams County, Colorado, and Nationstar Mortgage LLC, Grantee, the holder of the Assignment of Certificate of Purchase, whose legal address is: 350 Highland Drive, Lewisville, TX 75067.

WHEREAS, by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 (the "Order"), the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which was foreclosed in this Sheriff sale proceeding.

WHEREAS, by virtue of said Order, the sheriff levied upon the property hereinafter described and, after public notice had been given of the time and place of sale as required by law, said property was offered for sale and sold according to said notice, and a Certificate of Purchase and Assignment of Certificate of Purchase was made and recorded in the office of the county clerk and recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, I, Douglas N. Darr as Sheriff of Adams County, Colorado, in consideration of the premises, confirm the sale and sell and convey to Grantee the following described property, located in the County of Adams, State of Colorado:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640

Assessor's Parcel ID: 0172102304028

After Recording Return to

Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO 80601

C:\Documents and Settings\grossk\Local Settings\Temporary Internet Files\Content.Outlook\XMHDH98T\confirmation deed (3).docx
April 2, 2013 4:35 PM



20132146

TO HAVE AND TO HOLD the same, with all appurtenances thereunto, forever.

Executed the date and year first above written.

Sheriff of Adams County, Colorado

By: _____

STATE OF COLORADO   )
                                  ) ss
COUNTY OF ADAMS    )

The foregoing instrument was acknowledged before me this 10th day of April, 2013, by Douglas N. Darr as Sheriff of Adams County, Colorado.

Witness my hand and official.

My commission expires: _____ My Commission expires Jan. 13, 2014

_____
Notary Public

C:\Documents and Settings\grossk\Local Settings\Temporary Internet Files\Content.Outlook\XMHDH98T\confirmation deed (3).docx
April 2, 2013 4:35 PM

2