# Exhibit N

# Register of Actions

| | Case Number: 2013C037773 | Division: 8 |
|---|---|---|
| ☐ Filed by Plaintiff | Case Type: Forcible Entry and Detainer | Judicial Officer: Leroy D Kirby |
| ☐ Filed by Defendant | Case Caption: Nationstar Mtg Llc V. Kayrevich, Tamara Et Al | Court Location: Adams County |
| ☐ Filed by Court | | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 04/23/2014 12:00 AM | N/A | N/A | Tamara Kayrevich | Notice | suggestion of reopened bank case 12-11172-MER and notice of automatic stay of writ of restitution | Public |
| N/A (Details) | 04/07/2014 8:13 AM | Eloise Cohen | Adams County | N/A | Writ of Restitution - Issued (Related Event) | Writ of Restitution - Issued | Public |
| 6465D303562B2 | 04/07/2014 8:00 AM | Catherine A Hildreth | Aronowitz & Mecklenburg, LLP | Nationstar Mtg LLC | Writ of Restitution - Proposed (Related Event) | Writ of Restitution - Proposed | Public |
| N/A (Details) | 04/04/2014 9:49 AM | Leroy D Kirby | Adams County | N/A | Order (Related Event) | Order: for Default Judgment for possession | Public |
| N/A (Details) | 04/04/2014 9:48 AM | Leroy D Kirby | Adams County | N/A | Order (Related Event) | Order: WITH PO EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER | Public |
| N/A (Details) | 04/04/2014 9:48 AM | Leroy D Kirby | Adams County | N/A | Order (Related Event) | Order: WITH PO EMERGENCY MOTION FOR EXTENSION OF TIME FILE ANSWER | Public |
| N/A | 04/04/2014 12:00 AM | N/A | N/A | N/A | Judgment for Possession | N/A | |
| N/A (Details) | 03/31/2014 12:00 AM | N/A, N/A | N/A | Pavel Kayrevich, Oleg Kayrevich | Motion (Related Event) | WITH PO EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER | Public |
| N/A (Details) | 03/31/2014 12:00 AM | N/A, N/A | N/A | Pavel Kayrevich, Oleg Kayrevich | Motion (Related Event) | WITH PO EMERGENCY MOTION FOR EXTENSION OF TIME FILE ANSWER | Public |
| B9B2ECB33F119 | 02/17/2014 1:28 PM | Catherine A Hildreth | Aronowitz & Mecklenburg, LLP | Nationstar Mtg LLC | Motion for Default Judgment | Motion for Immediate Entry of Default Judgment | Public |
| | | | | | Filing Other | Exhibit 1 - Cert of purchase | Public |
| | | | | | Filing Other | Exhibit 2 - Assignment of cert of purchase | Public |
| | | | | | Filing Other | Exhibit 3 - Confirmation Deed | Public |
| | | | | | Filing Other | Exhibit 5 - Affidavit of posting SC | Public |
| | | | | | Filing Other | Exhibit 4 - Affidavit of posting demand | Public |
| | | | | | Filing Other | Exhibit 6 - Affidavit of mailing SC | Public |
| | | | | | Filing Other | Exhibit 7 - BK of Abundant Life 122012 Trust | Public |
| | | | | | Proposed Order (Related Event) | for Default Judgment for possession | Public |
| | | | | | Filing Other | Exhibit 8 - BANKRUPTCY Search Results | Public |
| N/A | 05/16/2013 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 05/15/2013 12:00 AM | N/A, N/A (more) | N/A | Tamara Kayrevich, Pavel Kayrevich (more) | Filing Other | SUGGESTION OF BANKRUPTCY WITH ATTACHMENTS | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 05/15/2013 12:00 AM | Sabino Ernest Romano | Adams County | N/A | Filing Other | Warranty Deed with attachment of Trial Preservation Rental Agreement | Public |
| N/A | 05/15/2013 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 5E7572B7 | 05/09/2013 6:32 PM | Lisa Cancanon | Aronowitz & Mecklenburg, LLP | Nationstar Mtg LLC | Affidavit | for Demand for Possession posted at subject property on 04/08/2013 | Public |
| | | | | | Return of Service | Mailed Summons and Complaint to defendant via 1st class mail on 05/06/2013 | Public |
| | | | | | Return of Service | Posted Summons and Complaint at subject property on 05/06/2013 and personally srvd pavel 050613 | Public |
| 203BD568 | 05/06/2013 6:58 PM | Lisa Cancanon | Aronowitz & Mecklenburg, LLP | Nationstar Mortgage LLC | Complaint in Unlawful Detainer | with summons | Public |
| | | | | | Filing Other | Certificate of Purchase | Public |
| | | | | | Filing Other | Confirmation Deed | Public |
| | | | | | Filing Other | Affidavit of Military Service | Public |
| | | | | | Filing Other | Demand for Possession | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Nationstar Mtg Llc | Plaintiff | | Catherine Hildreth<br>Lisa Cancanon |
| Oleg Kayrevich | Defendant | | N/A |
| Pavel Kayrevich | Defendant | | N/A |
| Tamara Kayrevich | Defendant | | N/A |