# Exhibit O

| | |
|---|---|
| COUNTY COURT, ADAMS COUNTY, COLORADO<br>Court Address: 1100 Judicial Center Drive Brighton, CO 80601 | DATE FILED: May 15, 2013<br>CASE NUMBER: 2013C37773<br>FILED IN ADAMS COUNTY<br>COMBINED COURT<br>MAY 1 5 2013 |
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA KAYREVICH, et al.<br>11499 Ironton St., Henderson, CO 80640<br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Lisa Cancanon, Esq.   Reg. No. 42043<br>ARONOWITZ & MECKLENBURG, LLP,<br>1199 Bannock Street<br>Denver, CO 80204<br>Tel: 303-813-1177<br>Fax: 303-813-1107<br>Email: evictions@amlawco.com | Case Number: 13CS7773 |
| **SUGGESTION OF BANKRUPTCY** | |

## NOTICE OF FILING SUGGESTION OF BANKRUPTCY

COMES NOW ABUNDANT LIFE TRUST, and Files this suggestion of bankruptcy. Attached is notice of the filing of bankruptcy and attached is a copy of the deed as evidence of their ownership.

1. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

2. Our Bankruptcy attorney is Miriam L. Sumpter-Richard, Esquire of Fresh Start Law Firm, P.A., 505 East Jackson Street, Tampa, Florida 33602. (813) 387-7724; (813) 387-7727. Miriam@freshstartlawfirm.com.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of Chapter 11 U.S.C § 362.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic mail/Fax to the attorney of record and regular U. S. Mail this 15th day of May, 2013.

_____
Signature

### Service List

Attorney for Plaintiff:
Lisa Cancanon, Esq.    Reg. No. 42043
ARONOWITZ & MECKLENBURG, LLP.
1199 Bannock Street
Denver, CO 80204
Tel: 303-813-1177
Fax: 303-813-1107
Email: evictions@amlawco.com

United States Bankruptcy Court
Middle District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/14/2013 at 09:33 AM and filed on 03/14/2013.

**Abundant Life Trust**
5077-109 Fruitville Road, #133
Sarasota, FL 34232
Tax ID / EIN: 37-6541213



The case was filed by the debtor's attorney:

Miriam L. Sumpter Richard
Fresh Start Law Firm, Inc.
505 East Jackson Street, Suite 303
Tampa, FL 33602
813-387-7724

The case was assigned case number 8:13-bk-03221.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Lee Ann Bennett
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/14/2013 09:39:58 | | |
| PACER Login: | | Client Code: |
| Description: | Notice of Filing | Search Criteria: | 8:13-bk-03221 |
| Billable Pages: | 1 | Cost: | 0.10 |

RECEPTION#: 2013000036791, 05/01/2013 at 10:25:38 AM, 1 OF 4, TD Pgs: 0 Doc Type:WTY Karen Long, Adams County, CO



Certified to be a full, true and correct copy of the Recorded Document consisting of ....4...... pages in my custody.
KAREN LONG, Adams County Clerk & Recorder
By _Erin B Brown_ Date 5/1/2013

Recording Requested By:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP.

When Recorded mail this deed and tax statement to:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP.
as Trustee for Abundant Life 122012 Trust
5077-109 Fruitville Road, Suite #133
Sarasota, FL 34232
Parcel Number: 0172102304028

RECORDED AS RECEIVED

NO DOC FEE REQUIRED

# WARRANTY DEED

THIS WARRANTY DEED, Executed this 11th day of FEBRUARY, 2013, by Grantor, PAVEL KAYREVICH and TAMARA KAYREVICH, husband and wife, and OLEG KAYREVICH, an individual, of Adams County, State of Colorado, 11499 Ironton St, Henderson, CO 80640, (Address) to the Grantee, KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life 122012 Trust, of Sarasota County, State of Florida, 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, (Mailing Address) as sole ownership.
(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real property ("Property"), and improvements and appurtenances thereto in the County of ADAMS, State of COLORADO, described as follows:

Physical Address: 11499 IRONTON STREET HENDERSON CO 80640
Parcel Number: 0172102304028
Legal Description: LOT 16, BLOCK 9, RIVER RUN SUBDIVISION FILING NO. 4, COUNTY OF ADAMS, STATE OF COLORADO.

SUBJECT TO all, if any, valid easements, rights of way, covenants, conditions, reservations and restrictions of records.

TO HAVE AND TO HOLD the herein described Property, together with all in singular the rights appurtenances thereto belongings unto the said Grantee, Grantee's heir, legal representatives, successors and assigns forever. Grantor does hereby bind itself and its successors and assigns to warranty and forever defend the Property described herein, unto the said Grantee, Grantee's heir, legal representatives, successors and assigns against every person whomsoever lawfully claiming the same or any part thereof, by, through or under Grantor, but not otherwise.

And the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the unlawful claims of all persons whomsoever.

And the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.

IN WITNESS WHEREOF, The said Grantor has executed this Warranty Deed on February 11th, 2013.

GRANTORS:
Signature: _____
Printed Name: PAVEL KAYREVICH
Date: 02/11/2013

Signature: _____
Printed Name: OLEG KAYREVICH
Date: 02/11/2013

Signature: _____
Printed Name: TAMARA KAYREVICH
Date: 02/11/2013

STATE OF COLORADO
COUNTY OF Adams

On this day personally appeared before me PAVEL KAYREVICH, TAMARA KAYREVICH, and OLEG KAYREVICH, to me known to be the individuals described in and who executed the within and foregoing instrument of 1 page, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 11 day of February 2013.

Signature: _____
Printed Name: Sergey Yevdokimov
Notary Public in and for the State of Colorado
My appointment expires: 12/03/2013

(Seal) SERGEY YEVDOKIMOV NOTARY PUBLIC STATE OF COLORADO

Initials PK TK OK

Page 1 of 1

①

Acct # CO3073 TPRA

# TRIAL PRESERVATION RENTAL AGREEMENT

1. Parties

The parties to this Trial Preservation Rental Agreement, hereinafter called "Agreement", are KEEPING KIDS IN THEIR HOME FOUNDATION CORP, a Florida Non-Profit Corporation, with mailing address of 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, hereinafter called "Landlord," and PAVEL KAYREVICH and TAMARA KAYREVICH, husband and wife, located at 11499 Ironton St, Henderson, CO 80640, hereinafter called "Tenant."

2. Property

Landlord hereby lets the following property to tenant for the term of this Agreement:

(a) the real property known as:

11499 IRONTON STREET HENDERSON CO 80640

And (b) the following furniture and appliances on said property:

Together with all the improvements thereon, all privileges, appurtenances, easements, and all fixtures presently situated in said building, including but not limited to: all heating and air conditioning equipment including window units; all electrical, plumbing and bathroom fixtures; water softeners; shades; blinds; awnings; curtains, draperies, & traverse rods; storm shutters; window & door screens; affixed mirrors; wall to wall, stair, and similar attached floor covering and carpets; garage door openers and similar operating devices; ranges, ovens; refrigerators, dishwashers, garbage disposal, trash compactors, humidifiers; washing machines; dryer; all affixed or built-in furniture and fixtures; all landscaping, trees and shrubs; all utility/storage buildings or sheds.

3. Term

This Agreement shall run FOR THE DURATION OF PENDING SETTLEMENT IN RELATION TO PROPERTY LOCATED AT: 11499 IRONTON STREET HENDERSON CO 80640.

A. Tenant will occupy and will maintain the property and will pay trial preservation fee* while property is in the duration of pending settlement. (*Trial preservation fee is made to verify the tenant's ability to pay for the property.)
B. Tenant will keep the property in updated condition while occupying the property while property is in the duration of pending settlement.

4. Rent

$1,175.00 as trial preservation fee is due on 20th of every calendar month, while property is in the duration of pending settlement. A $50.00 late fee, together with all reasonable costs of collection, including legal fees, shall be due and payable with any trial preservation fee not received on or before the 25th day of each calendar month.


Foundation, Corp.

Page 1 of 4
Trial Preservation Rental Agreement
Initials _____ _____

5. Property Agent and Payments

Tenant shall deliver funds to Landlord located at 3530 Kraft Rd, 2nd Floor, Naples, FL 34105. Please use the following account number that has been assigned to your account on all communication and deposit/rent payments: CO3073TPRA.

6. Utilities

Tenant is responsible for the following services and/or utilities: electricity, garbage collection, trash removal, water, and cable/TV/internet. Tenant must connect all of the above services to his/her name.

In addition, it is agreed:

7. Tenant shall not rent, subrent, lease, or assign the premises without the prior written consent of the Landlord (but this consent shall not be withheld unreasonably).

8. Tenant agrees to allow Landlord or its agents to enter the dwelling upon reasonable advance notice in order to inspect the premises, to exterminate for pests, to make repairs or to show the premises to prospective tenants, purchasers, mortgagers or their agents. The Tenant will not be unreasonable in denying entry. Landlord may also enter the premises without prior consent if it appears to have been abandoned by the Tenant or in case of emergency, and as otherwise permitted by law or court order.

9. Tenant agrees to occupy the premises and shall keep the same in good condition, reasonable wear and tear excepted, and shall not make any alterations thereon without the written consent of the landlord.

10. Tenant agrees to maintain regularly the house and grounds in a clean, orderly and neat manner. Tenant shall use all appliances, fixtures and equipment in a safe manner and only for the purposes for which they are intended and shall not litter, destroy, deface, damage or remove any part of the dwelling unit, common areas or grounds. Tenant shall pay amounts due for repairs for property damage, reasonable wear and tear excepted, caused by the intentional or negligent conduct of Tenant, a member of the Tenant's household, relatives, invitees, guests or agents upon receipt of a bill from Landlord. The written bill shall include items of damage, the corrective action taken and the cost thereof.

11. Tenant agrees to maintain lawn and landscaping as follows: mown the lawn as per city codes or association requirements; trim trees, palms, shrubs; weed control.

12. Tenant agrees not to use the premises in such a manner as to disturb the peace and quiet of other neighbors in the neighborhood. Tenant further agrees not to maintain a public nuisance and not conduct business or commercial activities on the premises. Tenant agrees not to sell or distribute any legal drugs on the premises, and use, sell or distribute any illegal drugs on the premises.

13. Upon termination of this agreement, Tenant shall vacate the premises, remove all personal property belonging to him/her and leave the premises as clean as she/he found them, normal wear and tear and damage


Home Foundation, Corp.

Acct # CO3073TPRA

by unavoidable casualty excepted, and return all keys to Landlord immediately upon vacating. The Tenant agrees that any personal property left in or about the premises after the Tenant has vacated shall be considered abandoned property, and the Landlord may sell or otherwise dispose of same without liability to the Tenant.

14. In the event of any legal or equitable action, including any appeals, which may arise hereunder between or among landlord and tenant hereto, the prevailing party shall be entitled to recover reasonable attorney fees and costs. Attorney fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney. Costs shall include but not be limited to fees associated with consultants, research, experts and litigation support services.

15. No changes or additions to this Agreement shall be made except by written agreement between Landlord and Tenant. This Agreement and any attachments represent the entire agreement between Landlord and Tenant, and there are no verbal understandings or other agreements/contracts of any nature with respect of said property hereof except those contained in this Agreement.

16. Landlord shall not terminate this Agreement except for serious or repeated breach of tenant's obligations hereunder.

17. **Tenant is to obtain <u>renters insurance</u> on personal belongings.**

18. **Tenant is to provide <u>copies</u> of Driver License/State Id and Social Security number for identification purposes.**

19. This Agreement shall be governed, interpreted and construed by, through and under the laws of the State of Colorado, County of Adams.

20. Finalized Exercise Options:

Tenant has **fifteen (15) days** from the day Notice from Landlord of "Exercise of Contract of Tenancy" has been sent to choose one of the following options:

A. Tenant has an option to sign new Rental Agreement with Landlord to rent property at Fair Rental Market Price.

B. Tenant has an option to sign Lease Agreement/Lease with Option to Buy Agreement (path to the homeownership program).

C. Tenant has an option to move/vacate property within thirty (30) days from day the Notice has been sent.

21. A Fax, Email or other electronic communication and copy of this document signed shall have the same legal effect as if it were the original.

22. Additional terms: N/A


Foundation, Corp.

Page 3 of 4
Trial Preservation Rental Agreement
Initials _____ _____

Acct # CO3073TPRA

We, the undersigned, agree to this Agreement:

Signed, sealed and delivered by:

**Landlord(s):**

KEEPING KIDS IN THEIR HOME FOUNDATION CORP

Signature and Title
Date 02/11/2013

**Tenants:**

Signature _____
Print Name PAVEL KAYREVICH
Date 02/11/2013

Signature _____
Print Name TAMARA KAYREVICH
Date 02/11/2013



Page 4 of 4
Trial Preservation Rental Agreement
Initials