# Exhibit P

DISMISSED

# U.S. Bankruptcy Court
## Middle District of Florida (Tampa)
### Bankruptcy Petition #: 8:13-bk-08803-CPM

*Assigned to:* Catherine Peek McEwen
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
No asset

*Date filed:* 07/02/2013
*Date converted:* 09/26/2013
*Debtor dismissed:* 01/24/2014
*341 meeting:* 02/19/2014

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Abundant Life 122012 Trust**
5077-109 Fruitville Road, #133
Sarasota, FL 34232
SARASOTA-FL
Tax ID / EIN: 37-6541213

represented by **Miriam L. Sumpter Richard**
Fresh Start Law Firm, Inc.
P.O. Box 2105
Seffner, FL 33583
813-387-7724
Fax : 813-387-7727
Email: miriam@freshstartlawfirm.com

**Efrain Aponte**
Gerald Adams & Associates, LLC
150 North Federal Hwy, Suite 200
Fort Lauderdale, FL 33301
954-353-5035
Fax : 800-576-1372
Email: eapontellm@aol.com

*Trustee*
**Susan K. Woodard**
Trustee
PO Box 7828
St. Petersburg, FL 33734-7828
727-521-3355

represented by **David B. McEwen, Attorney for Trustee**
David B. McEwen, P.A.
560 First Avenue North
St. Petersburg, FL 33701-3702
727-896-1600
Fax : 727-894-4444
Email: dmcewen@davidmcewen.com

*U.S. Trustee*
**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

represented by **Benjamin E. Lambers**
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Ben.E.Lambers@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 07/02/2013 | 1 (52 pgs) | Voluntary Petition under Chapter 11. (Fee Paid.) Schedules A-J and Summary of Schedules, Statement of Financial Affairs Disclosure of Compensation, Filed by Miriam L. Sumpter Richard on behalf of Abundant Life 122012 Trust. (Richard, Miriam) (Entered: 07/02/2013) |
| 07/02/2013 | 2 (1 pg) | Declaration Under Penalty of Perjury for Electronic Filing Regarding Voluntary Petition, Schedule A-H, Statement of Financial Affairs, List of Creditors Holding 20 Largest Unsecured Claims, List of Equity Security Holders Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust. (Richard, Miriam) (Entered: 07/02/2013) |
| 07/02/2013 | | Receipt of Filing Fee for Voluntary Petition (Chapter 11)(8:13-bk-08803) [misc,volp11a2] (1213.00). Receipt Number 36249266, Amount Paid $1213.00 (U.S. Treasury) (Entered: 07/02/2013) |
| 07/02/2013 | 3 (8 pgs) | Chapter 11 Case Management Summary Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust. (Richard, Miriam) (Entered: 07/02/2013) |
| 07/02/2013 | | Debtor(s) Attorney and Unrepresented Debtor(s) are directed to comply with all requirements set forth in Local Rule 2081-1. The Court's Local Rule can be found at http://www.flmb.uscourts.gov/localrules/rules/2081-1.pdf. (ADIclerk) (Entered: 07/02/2013) |
| 07/03/2013 | | Assignment of the Honorable Catherine Peek McEwen, Bankruptcy Judge to this case. The Trustee appointed to this case is *US Trustee*. (Tampa) (Entered: 07/03/2013) |
| 07/04/2013 | 4 (3 pgs) | Order to File All State and Federal Tax Returns and Pay Taxes When Due . (ADIclerk) (Entered: 07/04/2013) |
| 07/07/2013 | 5 (5 pgs) | BNC Certificate of Mailing - Operating Order (related document(s) (Related Doc # 4)). Notice Date 07/07/2013. (Admin.) (Entered: 07/08/2013) |
| 07/08/2013 | 6 (2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines . Section 341(a) meeting to be held on 8/7/2013 at 09:30 AM at Tampa, FL (861) - Room 100-B, Timberlake Annex, 501 E. Polk Street. Proofs of Claims due by 9/16/2013. (Lidia) (Entered: 07/08/2013) |

| | | |
|---|---|---|
| 07/10/2013 | 7 (5 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 6)). Notice Date 07/10/2013. (Admin.) (Entered: 07/11/2013) |
| 07/11/2013 | 8 (2 pgs) | Notice of Appearance and Request for Notice Filed by Owen Glen Hare on behalf of Creditor Bank of New York Mellon. (Hare, Owen) (Entered: 07/11/2013) |
| 07/23/2013 | 9 (2 pgs) | Order Scheduling *Initial Status Conference*. Hearing scheduled for 8/29/2013 at 02:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. Clerks Office to serve. (Lidia) (Entered: 07/23/2013) |
| 07/25/2013 | 10 (5 pgs) | BNC Certificate of Mailing - Order (related document(s) (Related Doc # 9)). Notice Date 07/25/2013. (Admin.) (Entered: 07/26/2013) |
| 08/08/2013 | 11 (2 pgs) | Notice of Appearance and Request for Notice Filed by Alice A Blanco on behalf of Creditor Nationstar Mortgage, LLC.. (Blanco, Alice) (Entered: 08/08/2013) |
| 08/13/2013 | 12 (4 pgs; 2 docs) | Notice of Appearance and Request for Notice Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association. (Attachments: # 1 Mailing Matrix) (Hing, Kevin) (Entered: 08/13/2013) |
| 08/14/2013 | 13 (6 pgs) | Application to Employ Miriam L. Sumpter-Richard as Attorney Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust (Richard, Miriam) (Entered: 08/14/2013) |
| 08/14/2013 | 14 (7 pgs) | Affidavit *of Miriam L. Sumpter-Richard as Proposed Attorney for the Debtor in Possession* Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust (related document(s)13). (Richard, Miriam) (Entered: 08/14/2013) |
| 08/14/2013 | 15 (9 pgs) | Motion *to Approve Administrative Agreement for Abundant Life 122012 Trust with Property Choice Group, property management company* Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust (Richard, Miriam) Modified on 8/16/2013 (Lidia). (Entered: 08/14/2013) |
| 08/14/2013 | 16 (5 pgs) | Motion *for Authority to Pay Property Managers Salary - Property Choice Group, Inc. 10% received from each property monthly* Filed by Miriam L. Sumpter Richard on |

| | | | |
|---|---|---|---|
| | | | behalf of Debtor Abundant Life 122012 Trust (Richard, Miriam) Modified on 8/16/2013 (Lidia). (Entered: 08/14/2013) |
| 08/19/2013 | | 17 (6 pgs) | Objection to *Debtors Motion to Approve Administrative Agreement for Abundant 122012 Trust (De 15) and Motion for Authority to Pay Property Managers Salary (De 16)* Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (related document(s)16, 15). (Hing, Kevin) (Entered: 08/19/2013) |
| 08/19/2013 | | 18 (1 pg) | Notice of Appearance and Request for Notice Filed by Frederic J DiSpigna on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2. (DiSpigna, Frederic) (Entered: 08/19/2013) |
| 08/20/2013 | | 19 (2 pgs; 2 docs) | Notice of Appearance and Request for Notice Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage. (Attachments: # 1 Mailing Matrix) (Halloran, Patti) (Entered: 08/20/2013) |
| 08/20/2013 | | 20 (63 pgs; 11 docs) | Motion for Relief From Stay *and to Annul Stay Nunc Pro Tunc to July 1, 2013* Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (Attachments: # 1 Mailing Matrix # 2 Exhibit A - Note # 3 Exhibit B - Mortgage # 4 Exhibit C - Assignment of Mortgage # 5 Exhibit D - Notice of Lis Pendens # 6 Exhibit E - Quit Claim Deed # 7 Exhibit F - Uniform Final Judgment of Foreclosure # 8 Exhibit G - Warranty Deed # 9 Exhibit H - Articles of Incorporation # 10 Exhibit I - Docket) (Halloran, Patti) **(See the "Corrective Action Taken" entry dated 08/26/2013.)** Modified on 08/26/2013 (Lidia). (Entered: 08/20/2013) |
| 08/22/2013 | | 21 (5 pgs) | Motion to Dismiss Case *or Convert Chapter 11 Case* Filed by United States Trustee - TPA. (Lambers, Benjamin) (Entered: 08/22/2013) |
| 08/23/2013 | | 22 (6 pgs; 2 docs) | Motion for 2004 Examination *and Production of Documents Pursuant to Bankruptcy Rule 2004* Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (Attachments: # 1 Exhibit A) (Hing, Kevin) (Entered: 08/23/2013) |
| 08/23/2013 | | 23 (2 pgs) | Notice of Preliminary Hearing on Debtor's Motion to Approve Administrative Agreement for Abundant Life 122012 Trust with Property Choice Group, property management company and Objection by JPMorgan Chase |

| | | |
|---|---|---|
| | | Bank, National Association (related document(s)<u>17</u>, <u>15</u>). Hearing scheduled for 9/26/2013 at 03:00 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 08/23/2013) |
| 08/23/2013 | <u>24</u><br>(2 pgs) | Notice of Preliminary Hearing on Debtor's Motion for Authority to Pay Property Managers Salary - Property Choice Group, Inc. 10% received from each property monthly and Objection by JPMorgan Chase Bank, National Association (related document(s)<u>17</u>, <u>16</u>). Hearing scheduled for 9/26/2013 at 03:00 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 08/23/2013) |
| 08/26/2013 | | **Corrective Action Taken** *(Related Doc: Motion to Annul Stay Nunc Pro Tunc to July 1, 2013 Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (Attachments: # 1 Mailing Matrix # 2 Exhibit A - Note # 3 Exhibit B - Mortgage # 4 Exhibit C - Assignment of Mortgage # 5 Exhibit D - Notice of Lis Pendens # 6 Exhibit E - Quit Claim Deed # 7 Exhibit F - Uniform Final Judgment of Foreclosure # 8 Exhibit G - Warranty Deed # 9 Exhibit H - Articles of Incorporation # 10 Exhibit I - Docket))* **Deficiency:** The PDF image of the document and the docket entry or docket event do not match. **Solution:** The Clerk's office has re-docketed the filing or has modified the docket entry to match the document filed and will process accordingly. **If applicable, the filer is directed to file the intended document**. (related document(s)<u>20</u>). (Lidia) (Entered: 08/26/2013) |
| 08/26/2013 | <u>25</u><br>(2 pgs) | Order Denying Motion *for Relief From Stay by Regions Bank d/b/a Regions Mortgage; Fee Not Paid* (Related Doc # <u>20</u>). Service Instructions: Patti Halloran is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) Additional attachment(s) added on 8/26/2013 (Lidia). (Entered: 08/26/2013) |
| 08/26/2013 | <u>26</u><br>(63 pgs; 11 docs) | Amended Motion *to Annul Stay Nunc Pro Tunc to July 1, 2013* Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)<u>20</u>). (Attachments: # <u>1</u> Mailing Matrix # <u>2</u> Exhibit A - Note # <u>3</u> Exhibit B - Mortgage # <u>4</u> Exhibit C - Assignment of Mortgage # <u>5</u> Exhibit D - Notice of Lis Pendens # <u>6</u> Exhibit E - Notice of Lis Pendens # <u>7</u> Exhibit F - Uniform FInal Judgment of Foreclosure # <u>8</u> Exhibit G - Warranty Deed # <u>9</u> Exhibit H - Articles of Incorporation # |

| | | |
|---|---|---|
| | | 10 Exhibit I - Docket) (Halloran, Patti) (Entered: 08/26/2013) |
| 08/26/2013 | | Payment of Filing Fee for Motion for Relief from Automatic Stay. Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)26). (Halloran, Patti) (Entered: 08/26/2013) |
| 08/26/2013 | | Receipt of Filing Fee for Motion for Relief from Stay(8:13-bk-08803-CPM) [misc,mrsfee] ( 176.00). Receipt Number 37024057, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 08/26/2013) |
| 08/26/2013 | 27 (1 pg) | Certificate of Service Re: *Order Denying Motion to Annul Stay (Doc. No. 25)* Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)25). (Halloran, Patti) (Entered: 08/26/2013) |
| 08/26/2013 | 28 (2 pgs; 2 docs) | Amended Certificate of Service Re: *Order Denying Motion to Annul Stay Nunc Pro Tunc to July 1, 2013* Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)25). (Attachments: # 1 Mailing Matrix) (Halloran, Patti) (Entered: 08/26/2013) |
| 08/28/2013 | 29 (2 pgs) | Notice of Preliminary Hearing on Motion to Dismiss or Convert Chapter 11 Case (related document(s)21). Hearing scheduled for 9/17/2013 at 01:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 08/28/2013) |
| 08/28/2013 | 30 (4 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 23)). Notice Date 08/28/2013. (Admin.) (Entered: 08/29/2013) |
| 08/28/2013 | 31 (4 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 24)). Notice Date 08/28/2013. (Admin.) (Entered: 08/29/2013) |
| 08/29/2013 | 32 (5 pgs; 2 docs) | Notice of Appearance and Request for Notice Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association. (Attachments: # 1 Mailing Matrix) (Hing, Kevin) (Entered: 08/29/2013) |
| 08/29/2013 | 33 (10 pgs; 3 docs) | Motion for Relief from Stay (Fee Paid) Re: Re: 18541 NW 80 Ave, Hialeah, FL 33015. Filed by Frederic J DiSpigna on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A_Final Judgment # 2 Exhibit B_Certificate of Title) (DiSpigna, Frederic) Modified on 8/29/2013 (Lidia). (Entered: 08/29/2013) |
| 08/29/2013 | | Receipt of Filing Fee for Motion for Relief From Stay(8:13-bk-08803-CPM) [motion,mrlfsty] ( 176.00). Receipt Number 37081545, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 08/29/2013) |
| 08/29/2013 | 34 (6 pgs; 2 docs) | Motion for 2004 Examination *and Production of Documents Pursuant to Bankruptcy Rule 2004* Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association (Attachments: # 1 Exhibit) (Hing, Kevin) (Entered: 08/29/2013) |
| 08/29/2013 | 35 (2 pgs) | Order Approving Application to Employ/Retain *Miriam L. Sumpter-Richard as Attorney for Debtor* (Related Doc # 13). Service Instructions: Miriam Richard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 08/29/2013) |
| 08/29/2013 | 36 (4 pgs) | Motion to Withdraw as Counsel *for Debtors* Filed by Miriam L. Sumpter Richard on behalf of Debtor Abundant Life 122012 Trust (Lidia) (Entered: 08/29/2013) |
| 08/29/2013 | 37 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: MIRIAM SUMPTER RICHARD; BEN LAMBERS; JOURDAN NEAL - CC... RULING:** 1-Initial Status Conference... **CONT TO 9/17/13 AT 1:30 PM; ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN..** 2-Application to Employ Counsel (doc 13)... **APPROVED...ORDER SIGNED....** 3-Motion to Withdraw as Counsel (doc 36)....Filed in Open Court... **GRANTED...ORDER SIGNED...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 08/30/2013) |
| 08/29/2013 | 43 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: MIRIAM SUMPTER RICHARD; BEN LAMBERS; JOURDAN NEAL - CC... RULING: AMENDED TO LIST APPEARANCE OF KEVIN HING** 1-Initial Status Conference... **CONT TO 9/17/13 AT 1:30 PM; ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN..** 2-Application to Employ Counsel (doc 13)... **APPROVED...ORDER SIGNED....** 3-Motion to Withdraw as Counsel (doc 36)....Filed in Open |

| | | |
|---|---|---|
| | | Court... **GRANTED...ORDER SIGNED...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 09/03/2013) |
| 08/30/2013 | 38 (4 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 29)). Notice Date 08/30/2013. (Admin.) (Entered: 08/31/2013) |
| 09/02/2013 | | Service of Order 35 is not indicated on the docket. Miriam Richard is reminded to serve the order and to file a Proof of Service indicating service. Failure to do so may result in further action. (ADIclerk) (Entered: 09/02/2013) |
| 09/03/2013 | 39 (2 pgs) | Preliminary Hearing Order on Motion for Relief from Stay *filed by Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2* (related document(s)33). Hearing scheduled for 9/17/2013 at 01:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. Service Instructions: Clerks Office to serve. (Lidia) (Entered: 09/03/2013) |
| 09/03/2013 | 40 (2 pgs) | Preliminary Hearing Order on Motion for Relief from Stay *filed by Regions Bank d/b/a Regions Mortgage* (related document(s)26). Hearing scheduled for 9/17/2013 at 01:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. Service Instructions: Clerks Office to serve. (Lidia) (Entered: 09/03/2013) |
| 09/03/2013 | 41 (7 pgs; 2 docs) | Amended Motion for 2004 Examination *and Production of Documents* Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association (related document(s)34). (Attachments: # 1 Exhibit) (Hing, Kevin) (Entered: 09/03/2013) |
| 09/03/2013 | 42 (7 pgs; 2 docs) | Amended Motion for 2004 Examination *and Production of Documents* Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (related document(s)22). (Attachments: # 1 Exhibit) (Hing, Kevin) (Entered: 09/03/2013) |
| 09/04/2013 | | Change of address submitted to the Court on September 4, 2013 by attorney Miriam L. Sumpter-Richard, P.O. Box 2105 - Seffner, FL 33594. (Sara M.) (Entered: 09/04/2013) |

| | | |
|---|---|---|
| 09/05/2013 | 44<br>(3 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 39)). Notice Date 09/05/2013. (Admin.) (Entered: 09/06/2013) |
| 09/05/2013 | 45<br>(3 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 40)). Notice Date 09/05/2013. (Admin.) (Entered: 09/06/2013) |
| 09/12/2013 | 46<br>(3 pgs) | Joinder *with United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (RE: 4419 East 37th Street, Bradenton, FL 34203) (Re: 1133 Deardon Drive, Venice, FL 34292)* Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (related document(s)21). (Hing, Kevin) (Entered: 09/12/2013) |
| 09/12/2013 | 47<br>(3 pgs) | Joinder *with United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (RE: 37720 Allen Road South, Roy, WA 98580) (Re: 1149 Sleepy Hollow, Venice, FL 34285)* Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association (related document(s)21). (Hing, Kevin) (Entered: 09/12/2013) |
| 09/12/2013 | 48<br>(3 pgs) | Application to Employ Efrain Aponte as Attorney *for Debtor-in-Possession Abundant Life 122012 Trust* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (Aponte, Efrain) (Entered: 09/12/2013) |
| 09/12/2013 | 49<br>(54 pgs) | Amended Voluntary Petition *under Chapter 11. Schedules A-J and Declaration of Schedules, Statement of Financial Affairs and Disclosure of Compensation* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Aponte, Efrain) (Entered: 09/12/2013) |
| 09/12/2013 | 50<br>(1 pg) | Declaration re: *Under Penalty of Perjury for Electronic Filing Regarding Voluntary Petition, Schedule A-H, Statement of Financial Affairs, List of Creditors Holding 20 Largest Unsecured Claims, List of Equity Security Holders* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Aponte, Efrain) (Entered: 09/12/2013) |
| 09/12/2013 | 51<br>(65 pgs; 8 docs) | Disclosure Statement Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Attachments: # 1 Exhibit "A" Chapter 11 Plan # 2 Exhibit "B" TBD # 3 Exhibit "C" Debtors most recent financial statements pre-bankruptcy # 4 Exhibit "D" Debtors post-petition/summary of Debtors periodic operating reports # 5 Exhibit "E" Liquidation Analysis # 6 Exhibit |

| | | |
|---|---|---|
| | | "F" Cash on hand on the effective date of the Plan # 7 Exhibit "G" Projected financial information)(Aponte, Efrain) (Entered: 09/12/2013) |
| 09/12/2013 | 52 (9 pgs) | Chapter 11 Plan of Reorganization *of Abundant Life 122012 Trust*. Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Aponte, Efrain) (Entered: 09/12/2013) |
| 09/13/2013 | 53 (4 pgs) | Affidavit *of Efrain Aponte as Proposed Attorney for the Debtor in Possession* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Aponte, Efrain) (Entered: 09/13/2013) |
| 09/13/2013 | 54 (36 pgs) | Motion for Relief from Stay (Fee Paid.) Re: 11499 Ironton Street, Henderson, Colorado 80640. Filed by Alice A Blanco on behalf of Creditor Nationstar Mortgage, LLC. (Blanco, Alice) (Entered: 09/13/2013) |
| 09/13/2013 | | Receipt of Filing Fee for Motion for Relief From Stay(8:13-bk-08803-CPM) [motion,mrlfsty] ( 176.00). Receipt Number 37315438, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 09/13/2013) |
| 09/14/2013 | 55 (11 pgs) | Opposition *to Regions Motion to Annul the Automatic Stay Nunc Pro Tunc to July 1, 2013 and Order for Production and Inspection of Original Note* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)20, 26). (Aponte, Efrain) (Entered: 09/14/2013) |
| 09/16/2013 | 56 (7 pgs) | Notice of Compliance *with Issues Raised in United States Trustee's Motion to Dismiss or Convert Chapter 11 Case* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)21). (Aponte, Efrain) (Entered: 09/16/2013) |
| 09/16/2013 | 57 (2 pgs) | Notice of Appearance and Request for Notice Filed by Stefan Beuge on behalf of Creditor CITIMORTGAGE, INC.. (Beuge, Stefan) (Entered: 09/16/2013) |
| 09/16/2013 | 58 (6 pgs; 2 docs) | Application to Employ Gerry Acevedo as CPA *for Debtor Abundant Life 122012 Trust* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (Attachments: # 1 Affidavit of Gerry Acevedo, CPA) (Aponte, Efrain) (Entered: 09/16/2013) |
| 09/17/2013 | 59 | Opposition *to Deutsche Bank National Trust Company, as* |

| | | |
|---|---|---|
| | (6 pgs) | *Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2's Motion for Relief from Stay* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)33). (Aponte, Efrain) (Entered: 09/17/2013) |
| 09/17/2013 | 60 (1 pg) | Order Directing Response Re: *Debtor's Application to Employ Gerry Acevedo as CPA* (related document(s)58). Service Instructions: Clerks Office to serve. (Lidia) (Entered: 09/17/2013) |
| 09/17/2013 | 61 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** MR. FILIPSKY; BEN LAMBERS; PATTI HALLORAN; KEVIN HING; EFRAIN APONTE - CC; LINDSEY SAVASTANO & FREDERIC DISPIGNIA - CC... **RULING:** 1-Motion to Dismiss Case or Convert Chapter 11 Case Filed by United States Trustee - TPA. (Lambers, Benjamin) Doc #21... **CASE CONVERTED TO CHAPTER 7; 30 DAYS TO FILE FINAL FEE APP...ORDER BY LAMBERS...** 2-Continued Status Conference... **MOOT...** 3-Motion for Relief from Stay Re: Re: 18541 NW 80 Ave, Hialeah, FL 33015. Filed by Frederic J DiSpigna on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2 (Doc #33)... **GRANTED...ORDER BY DISPIGNIA...** 4-Amended Motion to Annul Stay Nunc Pro Tunc to July 1, 2013 Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)20). (Doc #26)... **GRANTED NUNC PRO TUNC WITH 1 YEAR BAR...ORDER BY HALLORAN...** 5-Joinder with United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (RE: 37720 Allen Road South, Roy, WA 98580) (Re: 1149 Sleepy Hollow, Venice, FL 34285) Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association (related document(s)21). (Hing, Kevin) Doc #47... **CONVERTED...** 6-Joinder with United States Trustee's Motion to Dismiss or Convert Chapter 11 Case (RE: 4419 East 37th Street, Bradenton, FL 34203) (Re: 1133 Deardon Drive, Venice, FL 34292) Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (related document(s)21). (Hing, Kevin) Doc #46..... **CONVERTED...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 09/17/2013) |

| | | |
|---|---|---|
| 09/17/2013 | 62 (29 pgs) | Financial Reports for the Period 7/2/2013 to 7/31/2013. Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Lidia) (Entered: 09/18/2013) |
| 09/17/2013 | 63 (25 pgs) | Financial Reports for the Period 8/1/2013 to 8/31/2013. Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust. (Lidia) (Entered: 09/18/2013) |
| 09/19/2013 | 64 (2 pgs) | BNC Certificate of Mailing - Order Directing Response. (related document(s) (Related Doc # 60)). Notice Date 09/19/2013. (Admin.) (Entered: 09/20/2013) |
| 09/26/2013 | 65 (1 pg) | Order *Granting United States Trustee's Motion to Convert to Chapter 7* (related document(s)21). Service Instructions: Clerks Office to serve. (Lidia) (Entered: 09/26/2013) |
| 09/26/2013 | 66 (2 pgs) | Order Converting Case to Chapter 7. (related document(s)65). Service Instructions: Clerks Office to serve. (Lidia) (Entered: 09/26/2013) |
| 09/26/2013 | 67 (2 pgs) | Notice of Conversion of Case to Chapter 7, Notice of Section 341 Meeting of Creditors, Establishing Deadlines and Appointment of Trustee. New Trustee: Susan Woodard (related document(s)66, 65). Section 341(a) meeting to be held on 10/30/2013 at 02:30 PM at Tampa, FL (862) - Room 100-C, Timberlake Annex, 501 E. Polk Street. Proofs of Claims due by 1/28/2014. Compliance required no later than 10/10/2013. (Lidia) (Entered: 09/26/2013) |
| 09/28/2013 | 68 (4 pgs) | BNC Certificate of Mailing - Order of Conversion (related document(s) (Related Doc # 66)). Notice Date 09/28/2013. (Admin.) (Entered: 09/29/2013) |
| 09/28/2013 | 69 (5 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 67)). Notice Date 09/28/2013. (Admin.) (Entered: 09/29/2013) |
| 09/28/2013 | 70 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 65)). Notice Date 09/28/2013. (Admin.) (Entered: 09/29/2013) |
| 10/04/2013 | 71 (2 pgs) | Order Granting Amended Motion *to Annul Stay Nunc Pro Tunc to July 1, 2013 in favor of Regions Bank d/b/a Regions Mortgage* (Related Doc # 26). Service Instructions: Patti Halloran is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/04/2013) |
| 10/04/2013 | | 72 (2 pgs) | Order Granting Motion For Relief From Stay *in favor of Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2* (Related Doc # 33) Service Instructions: Frederic DiSpigna is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 10/04/2013) |
| 10/04/2013 | | 73 (6 pgs) | Order Granting Motion for 2004 Examination *and Production of Documents filed by Wells Fargo Bank, N.A.* (Related Doc # 41) Service Instructions: Kevin Hing is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 10/04/2013) |
| 10/04/2013 | | 74 (6 pgs) | Order Granting Motion for 2004 Examination *and Production of Documents filed by JP Morgan Chase Bank, N.A.* (Related Doc # 42) Service Instructions: Kevin Hing is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 10/04/2013) |
| 10/04/2013 | | 75 (2 pgs; 2 docs) | Proof of Service of Order Granting Regions Bank Successor by Merger to AmSouth Bank d/b/a Regions Mortgage's Amended Motion for Order Annulling the Automatic Stay Nunc Pro Tunc to July 1, 2013 With Prejudice. Filed by Patti W Halloran on behalf of Creditor Regions Bank d/b/a Regions Mortgage (related document(s)71). (Attachments: # 1 Mailing Matrix) (Halloran, Patti) (Entered: 10/04/2013) |
| 10/04/2013 | | 76 (3 pgs; 2 docs) | Proof of Service of Order Granting Motion for Relief from Stay filed by Deutsche Bank National Trust Company. Filed by Frederic J DiSpigna on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2 (related document(s)72). (Attachments: # 1 Notice of Electronic Filing) (DiSpigna, Frederic) (Entered: 10/04/2013) |
| 10/05/2013 | | 77 (4 pgs; 2 docs) | Application to Employ David B. McEwen, Esquire and the law firm of David B. McEwen, P.A. as Attorney for Trustee Filed by Susan K. Woodard. (Attachments: # 1 Declaration of Attorney) (Woodard, Susan) (Entered: 10/05/2013) |

| | | | |
|---|---|---|---|
| 10/07/2013 | [78](#) (1 pg) | | Notice of Appearance and Request for Notice Filed by Christopher Giacinto on behalf of Creditor Wells Fargo Bank, National Association. (Giacinto, Christopher) (Entered: 10/07/2013) |
| 10/08/2013 | [79](#) (1 pg) | | Proof of Service of Order Granting Motion for 2004 Examination and Production of Documents. Filed by Kevin L Hing on behalf of Creditor c/o Kevin L. Hing Wells Fargo Bank, National Association (related document(s)[73](#)). (Hing, Kevin) (Entered: 10/08/2013) |
| 10/08/2013 | [80](#) (1 pg) | | Proof of Service of Order Granting Motion for 2004 Examination and Production of Documents. Filed by Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association (related document(s)[74](#)). (Hing, Kevin) (Entered: 10/08/2013) |
| 10/08/2013 | [81](#) (40 pgs) | | Amended Motion for Relief from Stay (Verify Payment of Filing Fee on Previous Motion). Re: 11499 Ironton Street, Henderson, Colorado. Filed by Alice A Blanco on behalf of Creditor Nationstar Mortgage, LLC. (related document(s)[54](#)). (Blanco, Alice) (Entered: 10/08/2013) |
| 10/09/2013 | [82](#) (28 pgs; 3 docs) | | Motion for Relief from Stay (Fee Paid.) Re: 1149 Sleepy Hollow Court, Venice, FL. Contains negative notice. Filed by Christopher Giacinto on behalf of Creditor Wells Fargo Bank, National Association (Attachments: # [1](#) Note # [2](#) Mortgage) (Giacinto, Christopher) (Entered: 10/09/2013) |
| 10/09/2013 | [83](#) (16 pgs; 3 docs) | | Motion for Relief from Stay (Fee Paid.) Re: 11814 53rd Court East, Parrish, FL. Contains negative notice. Filed by Christopher Giacinto on behalf of Creditor Wells Fargo Bank, National Association (Attachments: # [1](#) Note # [2](#) Mortgage) (Giacinto, Christopher) (Entered: 10/09/2013) |
| 10/09/2013 | | | Receipt of Filing Fee for Motion for Relief From Stay(8:13-bk-08803-CPM) [motion,mrlfsty] ( 176.00). Receipt Number 37699510, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 10/09/2013) |
| 10/09/2013 | | | Receipt of Filing Fee for Motion for Relief From Stay(8:13-bk-08803-CPM) [motion,mrlfsty] ( 176.00). Receipt Number 37699510, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 10/09/2013) |
| 10/17/2013 | [84](#) (19 pgs) | | First and Final Application for Compensation *and Reimbursement of Expenses* for Miriam L. Sumpter Richard, Debtor's Attorney, Fee: $11,838.00, Expenses: $1,362.10. For the period: June 29, 2013 to August 29, |

| | | |
|---|---|---|
| | | 2013 Filed by Attorney Miriam L. Sumpter Richard (Richard, Miriam) Modified on 10/18/2013 (Lidia). (Entered: 10/17/2013) |
| 10/18/2013 | 85 | Order Deferring Application For Compensation (Related Doc # 84). Deferring for Miriam L. Sumpter Richard Service Instructions: Clerks Office to serve. (Lidia) **(See the "Corrective Action Taken" entry dated 10/18/2013.)** Modified on 10/18/2013 (Lidia). (Entered: 10/18/2013) |
| 10/18/2013 | | **Corrective Action Taken** *(Related Doc: Order Deferring Application For Compensation (Related Doc 84). Deferring for Miriam L. Sumpter Richard Service Instructions: Clerks Office to serve.)* **Deficiency:** The order was incorrectly entered by the Clerk's office. **Solution:** The Clerk's office has entered the appropriate order in the correct case, if applicable. **No further action required** (related document(s) 85 ). (Lidia) (Entered: 10/18/2013) |
| 10/18/2013 | 86 (1 pg) | Order Deferring Ruling Pending Final Closing of Case (related document(s)84). Service Instructions: Clerks Office to serve. (Lidia) (Entered: 10/18/2013) |
| 10/25/2013 | 87 (7 pgs) | First Application for Interim Compensation *and Reimbursement of Expenses* for Efrain Aponte, Debtor's Attorney, Fee: $1725.00, Expenses: $72.00. Filed by Attorney Efrain Aponte (Aponte, Efrain) (Entered: 10/25/2013) |
| 10/28/2013 | 88 (1 pg) | Notice of Appearance and Request for Notice Filed by Christopher Giacinto on behalf of Creditor JPMorgan Chase Bank, National Association. (Giacinto, Christopher) (Entered: 10/28/2013) |
| 10/29/2013 | 89 | Notice of Preliminary Hearing on First Application for Interim Compensation and Reimbursement of Expenses by Debtor's Attorney, Efrain Aponte, Esq. (related document(s)87). Hearing scheduled for 12/9/2013 at 03:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) **(See the "Corrective Action Taken" entry dated 10/30/2013.)** Modified on 10/30/2013 (Lidia). (Entered: 10/29/2013) |
| 10/30/2013 | | **Corrective Action Taken** *(Related Doc: Notice of Preliminary Hearing on First Application for Interim Compensation and Reimbursement of Expenses by Debtor's Attorney, Efrain Aponte, Esq. (related document(s)87). Hearing scheduled for 12/9/2013 at 03:30 PM at Tampa, FL* |

| | | |
|---|---|---|
| | | *- Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue.)* **Deficiency:** The document was incorrectly entered in the case by the Clerk's office. **Solution:** The Clerk's office has re-docketed the filing or has modified the docket entry to match the document filed and will process accordingly. **If applicable, the filer is directed to file the intended document**. (related document(s) 89 ). (Lidia) (Entered: 10/30/2013) |
| 10/30/2013 | 90 (2 pgs) | Notice of Preliminary Hearing on First Application for Interim Compensation and Reimbursement of Expenses for Efrain Aponte, Debtor's Attorney (related document(s)87). Hearing scheduled for 12/9/2013 at 03:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 10/30/2013) |
| 10/31/2013 | | The trustee appointed in this case states that the initial meeting of creditors was held and continued to allow further examination of the debtor(s) and/or the records of the debtor(s). The continued meeting of creditors will be held . on 11/20/13 at 03:00 PM at Tampa, FL (862) - Room 100-C, Timberlake Annex, 501 E. Polk Street. (Woodard, Susan) (Entered: 10/31/2013) |
| 10/31/2013 | 91 (2 pgs) | Order Approving Application to Employ/Retain *David B. McEwen, Esquire and the law firm of David B. McEwen, P.A. as Attorney for Trustee* (Related Doc # 77). Service Instructions: David McEwen, Attorney for Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 10/31/2013) |
| 11/01/2013 | 92 (3 pgs; 2 docs) | Proof of Service of Order Authorizing Employment of Attorney. Filed by David B. McEwen, Attorney for Trustee on behalf of Trustee Susan K. Woodard (related document(s)91). (Attachments: # 1 Order Authorizing Employment of Attorney) (McEwen, Attorney for Trustee, David) (Entered: 11/01/2013) |
| 11/01/2013 | 93 (5 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 90)). Notice Date 11/01/2013. (Admin.) (Entered: 11/02/2013) |
| 11/05/2013 | 94 (41 pgs) | Second Amended Motion for Relief from Stay (Verify Payment of Filing Fee on Previous Motion). Re: 11499 Ironton Street, Henderson, Colorado. Contains negative notice. Filed by Alice A Blanco on behalf of Creditor Nationstar Mortgage, LLC. (related document(s)81). (Blanco, Alice) (Entered: 11/05/2013) |

| | | |
|---|---|---|
| 11/14/2013 | [95](#) (16 pgs) | Motion for Relief from Stay (Fee Paid.) Re: 1119 Deardon Drive, 1122 Deardon Drive, and 1133 Deardon Drive, Venice, FL. Contains negative notice. Filed by Kurt E Lee on behalf of Creditor Chestnut Creek Master Association, Inc. (Lee, Kurt) (Entered: 11/14/2013) |
| 11/14/2013 | | Receipt of Filing Fee for Motion for Relief From Stay(8:13-bk-08803-CPM) [motion,mrlfsty] ( 176.00). Receipt Number 38179717, Amount Paid $ 176.00 (U.S. Treasury) (Entered: 11/14/2013) |
| 11/19/2013 | [96](#) (3 pgs) | Motion to Dismiss Case Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (Aponte, Efrain) (Entered: 11/19/2013) |
| 11/20/2013 | | The trustee convened the initial meeting of creditors but the meeting was not held because the debtor(s) or attorney for the debtor(s) failed to appear. The meeting was rescheduled to the following date. Filed by Susan K. Woodard. Section 341(a) meeting to be held on 01/08/14 at 02:00 PM at Tampa, FL (862) - Room 100-C, Timberlake Annex, 501 E. Polk Street. (Woodard, Susan) (Entered: 11/20/2013) |
| 12/04/2013 | [97](#) (2 pgs) | Notice of Preliminary Hearing on Debtor's Motion to Dismiss Case (related document(s)[96](#)). Hearing scheduled for 1/13/2014 at 01:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue. (Lidia) (Entered: 12/04/2013) |
| 12/06/2013 | [98](#) (5 pgs) | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # [97](#))). Notice Date 12/06/2013. (Admin.) (Entered: 12/07/2013) |
| 12/09/2013 | [99](#) (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** EFRAIN APONTE - CC... **RULING:** First Application for Interim Compensation and Reimbursement of Expenses for Efrain Aponte, Debtor's Attorney, Fee: $1725.00, Expenses: $72.00. Filed by Attorney Efrain Aponte (Doc #87)... **APPROVED...ORDER BY APONTE...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 12/11/2013) |
| 12/31/2013 | [100](#) (1 pg) | Order Granting Application For Compensation (Related Doc # [87](#)). Fees awarded to Efrain Aponte in the amount of $1725.00, expenses awarded: $72.00 Service Instructions: Clerks Office to serve. (Lidia) (Entered: 12/31/2013) |

| | | |
|---|---|---|
| 01/09/2014 | | The trustee convened the initial meeting of creditors but the meeting was not held because the debtor(s) or attorney for the debtor(s) failed to appear. The meeting was rescheduled to the following date. Filed by Susan K. Woodard. Section 341(a) meeting to be held on 02/19/14 at 01:00 PM at Tampa, FL (862) - Room 100-C, Timberlake Annex, 501 E. Polk Street. (Woodard, Susan) (Entered: 01/09/2014) |
| 01/13/2014 | 101 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: ALEXANDER FILIPSKY; EFRAIN APONTE - CC; DAVID MCEWEN; J. STEVEN WILKES... RULING:** Motion to Dismiss Case Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (Aponte, Efrain) Doc #96... **GRANTED; NO DEBTS WERE DISCHARGED...ORDER BY APONTE...** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 01/13/2014) |
| 01/14/2014 | | Chapter 7 Trustee's Report of No Distribution: I, Susan K. Woodard, having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Susan K. Woodard. (Woodard, Susan) (Entered: 01/14/2014) |
| 01/24/2014 | 102 (2 pgs) | Order Granting Motion to Dismiss Case *filed by the Debtor* (Related Doc # 96). Service Instructions: Efrain Aponte is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Lidia) (Entered: 01/24/2014) |
| 01/29/2014 | 103 (2 pgs) | Notice of Compliance *certificate of service order on motion to dismiss* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)102). (Aponte, Efrain) **(See the "Corrective Action Taken" entry** |

| | | |
|---|---|---|
| | | dated 01/30/2014.) Modified on 01/30/2014 (Lidia). (Entered: 01/29/2014) |
| 01/29/2014 | 104 (2 pgs) | Certificate of Service Re: *Order Granting Motion to Dismiss Chapter 7 Case* Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)102). (Lidia) (Entered: 01/30/2014) |
| 01/30/2014 | | Service of Order 102 is not indicated on the docket. Efrain Aponte is reminded to serve the order and to file a Proof of Service indicating service. Failure to do so may result in further action. (ADIclerk) (Entered: 01/30/2014) |
| 01/30/2014 | | **Corrective Action Taken** *(Related Doc: Notice of Compliance certificate of service order on motion to dismiss Filed by Efrain Aponte on behalf of Debtor Abundant Life 122012 Trust (related document(s)102).)* **Deficiency:** The PDF image of the document and the docket entry or docket event do not match. **Solution:** The Clerk's office has re-docketed the filing or has modified the docket entry to match the document filed and will process accordingly. **If applicable, the filer is directed to file the intended document.** (related document(s)103). (Lidia) (Entered: 01/30/2014) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/17/2014 12:48:08 | | |
| **PACER Login:** | ls0004 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 8:13-bk-08803-CPM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 14 | **Cost:** 1.40 |