# Exhibit R

| | |
|---|---|
| COUNTY COURT, ADAMS COUNTY, COLORADO<br>Court Address:1100 Judicial Center Drive, Brighton, CO 80601<br>**Plaintiff(s):**<br>NATIONSTAR MORTGAGE LLC<br><br>**Defendant(s):**<br>TAMARA KAYREVICH AND PAVEL KAYREVICH AND OLEG KAYREVICH AND ANY OR ALL OCCUPANTS,<br>11499 Ironton St., Henderson, CO 80640<br>Attorney or Party Without Attorney:<br>Name: Catherine A. Hildreth, #40975<br>Address: 1199 Bannock Street<br>Denver, Colorado 80204<br>Phone Number: (303) 813-1177<br>Fax Number: (303) 813-1107<br>E-mail: evictions@amlawco.com | DATE FILED: February 17, 2014 1:28 PM<br>FILING ID: B9B2ECB33F119<br>CASE NUMBER: 2013C 37773<br><br>▲ **COURT USE ONLY** ▲<br><br>Case Number:<br>2013C037773<br><br>Div.: Ctrm: |

| MOTION FOR IMMEDIATE ENTRY OF DEFAULT JUDGMENT FOR POSSESSION |
|---|

COMES NOW, Plaintiff, Nationstar Mortgage LLC, by and through its attorneys, Aronowitz & Mecklenburg, LLP, for its Motion for Immediate Entry of Default Judgment for Possession in favor of Plaintiff, and in support thereof states as follows:

1. On March 13, 2013, the Adams County Sheriff sold the subject real property commonly known as 11499 Ironton St., Henderson, CO 80640 (the "Property") to Aurora Bank FSB following a foreclosure action and pursuant to an order for sale. **Exhibit 1, Certificate of Purchase.**

2. The Certificate of Purchase was assigned by Aurora Bank FSB to Nationstar Mortgage LLC on April 1, 2013 and the Confirmation Deed was issued to Nationstar Mortgage LLC on April 2, 2013. **Exhibit 2, Assignment of Certificate of Purchase; Exhibit 3, Confirmation Deed.**

3. Following the issuance of the Confirmation Deed, Plaintiff caused a demand for possession to be posted in a conspicuous place on the Property. **Exhibit 4, Affidavit of Posting Demand.**

4. On May 6, 2013, Plaintiff initiated this action because Defendant and any or all other remaining occupants failed to vacate the subject real property, which is owned by Plaintiff by virtue of the completed foreclosure action.

5. The summons was served on Defendant both by posting and mailing on May 6, 2013 with a return date set for May 15, 2013 in accordance with Colo. Rev. Stat. § 13-40-111(1). **Exhibit 5, Affidavit of Posting Summons and Complaint; Exhibit 6, Affidavit of Mailing Summons and Complaint.**

6. On May 15, 2013, Defendant Tamara Kayrevich filed a Suggestion of Bankruptcy in this matter as the purported trustee of Abundant Life Trust and attaching a Notice of Bankruptcy Case Filing indicating Abundant Life Trust filed for Chapter 11 bankruptcy on March 14, 2013 in the U.S. Bankruptcy Court for the Middle District of Florida.

7. Ms. Kayrevich also attached a warranty deed for the Property, which purported to convey the subject real property from Pavel Kayrevich, Tamara Kayrevich and Oleg Kayrevich to Abundant Life 122012 Trust on February 11, 2013.

8. In accordance with the Suggestion of Bankruptcy, this Court stayed the entry of the default judgment for possession in favor of Plaintiff.

9. Abundant Life 122012 Trust is not the same entity as Abundant Life Trust as confirmed by the Chapter 11 bankruptcy filing of Abundant Life 122012 Trust on July 2, 2013. **Exhibit 7, Abundant Life 122012 Trust docket report, p. 1.**

10. Consequently, Defendant Tamara Kayrevich misled the Court when she filed a suggestion of bankruptcy on May 15, 2013 indicating that the stay applied to the instant proceeding. The stay did not apply because the alleged prior owner of the subject real property, Abundant Life 122012 Trust, was not subject to the bankruptcy protections on May 15, 2013.

11. Given that there was no stay in place tolling the answer deadline in the instant matter, and that no answer was filed in the instant matter, Plaintiff is entitled to immediate entry of default judgment for possession and respectfully requests immediate entry of same.

12. Moreover, there is not currently any stay in place preventing the entry of a valid order for possession because the Abundant Life 122012 Trust bankruptcy matter, case number 8:13-bk-08803-CPM, was dismissed on January 24, 2014. Additionally, a search of all bankruptcy courts was conducted and there were no active cases for the party names Pavel Kayrevich, Tamara Kayrevich and/or Oleg Kayrevich. **Exhibit 8, PACER results for Pavel Kayrevich, Tamara Kayrevich and Oleg Kayrevich.**

WHEREFORE, Plaintiff, Nationstar Mortgage LLC, respectfully requests that this Court immediately grant default Judgment for Possession in favor of Plaintiff, along with such other and further relief this Court deems proper.

Dated: February 17, 2013

ARONOWITZ & MECKLENBURG, LLP

*/s/ Catherine A. Hildreth, #40975*

---

Catherine A. Hildreth, #40975
1199 Bannock Street
Denver, CO 80204

CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a copy of the Motion for Immediate Entry of Default Judgment for Possession was mailed to the following parties on February 17, 2013, by 1st class mail, postage prepaid.

Tamara Kayrevich
11499 Ironton St.
Henderson, CO 80640

Pavel Kayrevich
11499 Ironton St.
Henderson, CO 80640

Oleg Kayrevich
11499 Ironton St.
Henderson, CO 80640

Occupant/Tenant
11499 Ironton St.
Henderson, CO 80640

/s/Catherine A. Hildreth

Catherine A. Hildreth
1199 Bannock Street
Denver, CO 80204

THIS DOCUMENT WAS FILED TO THE COURT THROUGH THE ICCES ELECTRONIC FILING PROCEDURES PURSUANT TO C.R.C.P. 121 § 1-26. AS REQUIRED BY THOSE RULES, THE ORIGINAL SIGNED COPY OF THIS DOCUMENT IS ON FILE AT ARONOWITZ & MECKLENBURG, LLP.

Tamara Kayrevich and Pavel Kayrevich and Oleg Kayrevich