UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 7
Case No. 12-11172-MER

PAVEL N KAYREVICH and TAMARA AFANASYEVNA KAYREVICH, **Debtor,**

Nationstar Mortgage LLC, Successors, Assigns, Servicers, Investors and Trustees, **Movant,**

vs.

PAVEL N KAYREVICH and TAMARA AFANASYEVNA KAYREVICH and US Trustee, Trustee, **Respondents.**

## MOTION TO ALLOW LATE FILED RESPONSE TO DEBTORS' MOTION

COMES NOW, Movant, Nationstar Mortgage LLC ("Nationstar"), successor to Aurora Bank, FSB ("Aurora"), its predecessors, successors, assigns, servicers, investors, and/or trustees, by and through its attorneys, Aronowitz & Mecklenburg, LLP, for its Motion to Allow Late Filed Response to Debtors' Declaration in Support of Bankruptcy Court's Protection ("Motion"), and in support thereof, states as follows:

1. On May 6, 2014, this Court ordered Aurora Bank, FSB, to set forth "cause, if any exists, any response it may have to the allegations found in the Motion."

2. The response was due May 27, 2014.

3. Movant, Nationstar, prepared and attempted to file its response on or before May 27, 2014, but was unable to do so due to an unforeseen technology issue.

4. Nationstar's response is filed concurrently herewith.

5. No party will be prejudiced by the late filing of the Response.

WHEREFORE, Movant, Nationstar Mortgage LLC, its predecessors, successors, assigns, servicers, investors, and/or trustees respectfully requests the entry of an order granting its Motion to Allow Late Filed Response to Debtors' Motion, and for such other and further relief as this Court deems proper.

Respectfully submitted this 28th day of May,

ARONOWITZ & MECKLENBURG, LLP

/s/ Catherine A. Hildreth, #40975
_____
Catherine A. Hildreth, #40975
1199 Bannock Street
Denver, CO 80204

## Certificate of Service

      I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on _May 28, 2014_, to the following:

Timur Kishinevsky
2821 S. Parker Rd. Ste. 645
Aurora, CO 80014

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Pavel N Kayrevich
11499 Ironton St
Henderson, CO 80640

Tamara Afanasyevna Kayrevich
11499 Ironton St
Henderson, CO 80640

_____
Signature
Stefanie Jeffries