UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 7
Case No. 12-11172-MER

PAVEL N KAYREVICH and TAMARA AFANASYEVNA KAYREVICH, **Debtors,**

NATIONSTAR MORTGAGE LLC, Successors, Assigns, Servicers, Investors and Trustees, **Movant,**

---

ORDER GRANTING MOTION TO ALLOW LATE FILED
RESPONSE TO DEBTORS' MOTION

---

THIS MATTER having come before the Court on Nationstar Mortgage LLC's Motion to Allow Late Filed Response to Debtors' Motion, and the Court being duly advised in the premises thereof, hereby,

ORDERS, ADJUDGES AND DECREES, that the Motion to Allow Late Filed Response to Debtors' Motion is GRANTED, and the Response by Nationstar Mortgage LLC to Debtors' Motion is allowed.

DONE AND DATED this _____ day of _____, 2014.

BY THE COURT:


U.S. Bankruptcy Judge