United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 12-11172-MER
Pavel N Kayrevich                                               Chapter 7
Tamara Afanasyevna Kayrevich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: kowacha          Page 1 of 1          Date Rcvd: May 29, 2014
                             Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2014.
db/db         +Pavel N Kayrevich,   Tamara Afanasyevna Kayrevich,   11499 Ironton St,   Henderson, CO 80640-7682

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2014 at the address(es) listed below:
        Catherine A. Hildreth    on behalf of Creditor   NationStar Mortgage, LLC bkcourtmail@amlawco.com,
         Catherineh@amlawco.com
        Holly L. Decker    on behalf of Creditor   Aurora Bank, FSB bankruptcy@medvedlaw.com
        Patti H Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
        Timur Kishinevsky    on behalf of Debtor Tamara Afanasyevna Kayrevich tkishlaw@aol.com,
         alla_shemetova@yahoo.com
        Timur Kishinevsky    on behalf of Debtor Pavel N Kayrevich tkishlaw@aol.com,
         alla_shemetova@yahoo.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 7
Case No. 12-11172-MER

PAVEL N KAYREVICH and TAMARA AFANASYEVNA KAYREVICH, **Debtors,**

NATIONSTAR MORTGAGE LLC, Successors, Assigns, Servicers, Investors and Trustees,
**Movant,**

---

ORDER GRANTING MOTION TO ALLOW LATE FILED
RESPONSE TO DEBTORS' MOTION

---

THIS MATTER having come before the Court on Nationstar Mortgage LLC's Motion to
Allow Late Filed Response to Debtors' Motion, and the Court being duly advised in the premises
thereof, hereby,

ORDERS, ADJUDGES AND DECREES, that the Motion to Allow Late Filed Response
to Debtors' Motion is GRANTED, and the Response by Nationstar Mortgage LLC to Debtors'
Motion is allowed.

DONE AND DATED this 29th    day of   May      , 2014.

BY THE COURT:

U.S. Bankruptcy Judge